# EXHIBIT

# A

```
SALES PERSON: AH      ITINERARY/INVOICE NO. 0047365      DATE: 19 AUG 13
                                            NHYHAY       PAGE: 01

     TO: AIR WORLD TRAVEL AND TRAIN
         6969 RICHMOND HWY SUITE 102
         ALEXANDRIA VA 22306
         703-660-9160
                                                    Loretta

FOR: EMERONYE/CHARITY
     SWIFT/STEPHEN

29 AUG 13  -  THURSDAY
    AIR   UNITED AIRLINES         FLT:1061    UNITED ECONOMY  FOOD FOR PURCHASE
          LV WASHINGTON DULLES    524P                        EQP: BOEING 757-300
                                                              03HR 43MIN
          AR DENVER               707P                        NON-STOP
                                                              REF: GPL6XP

          EMERONYE/CHARIT    SEAT-39A
          SWIFT/STEPHEN      SEAT-39B
    AIR   UNITED AIRLINES         FLT:6477    UNITED ECONOMY
          OPERATED BY /SKYWEST DBA UNITED EXPRESS
          LV DENVER               955P                        EQP: CANADAIR REGIONAL
                                                              01HR 41MIN
          AR BOZEMAN              1136P                       NON-STOP
                                                              REF: GPL6XP

04 SEP 13  -  WEDNESDAY
    AIR   FRONTIER AIRLINES       FLT:272     ECONOMY
          LV BOZEMAN              233P                        EQP: AIRBUS A319
                                                              01HR 32MIN
          AR DENVER               405P                        NON-STOP
                                                              REF: NHYIRZ

          EMERONYE/CHARIT    SEAT-5A
          SWIFT/STEPHEN      SEAT-5B
    AIR   FRONTIER AIRLINES       FLT:720     ECONOMY         FOOD FOR PURCHASE
          LV DENVER               640P                        EQP: AIRBUS A320
                                                              03HR 15MIN
          AR WASHINGTON REAGAN    955P                        NON-STOP
          ARRIVE: TERMINAL A                                  REF: NHYIRZ
          EMERONYE/CHARIT    SEAT-10A
          SWIFT/STEPHEN      SEAT-10B

20 JUN 14  -  FRIDAY
    OTHER WASHINGTON
          TAXES AND FUELS SERVICES CHARGES
SERVICE FEE   XD0592829346        EMERONYE CHARITY
                                  BILLED TO CAXXXXXXXXXXXX8609              41.40*

SERVICE FEE   XD0592829347        SWIFT STEPHEN
                                  BILLED TO CAXXXXXXXXXXXX8609              41.40*

                        CONTINUED ON PAGE 2
```

```
SALES PERSON: AH        ITINERARY/INVOICE NO. 0047365        DATE: 19 AUG 13
                                              NHYHAY         PAGE: 02

        TO: AIR WORLD TRAVEL AND TRAIN
            6969 RICHMOND HWY SUITE 102
            ALEXANDRIA VA 22306
            703-660-9160


FOR: EMERONYE/CHARITY
     SWIFT/STEPHEN


AIR TICKET    UA7298187066     EMERONYE CHARITY
ELEC TKT                       BILLED TO CAXXXXXXXXXXXX8609        328.80*
AIR TICKET    UA7298187067     SWIFT STEPHEN
ELEC TKT                       BILLED TO CAXXXXXXXXXXXX8609        328.80*
AIR TICKET    F97298187068     EMERONYE CHARITY
ELEC TKT                       BILLED TO CAXXXXXXXXXXXX8609        221.80*
AIR TICKET    F97298187069     SWIFT STEPHEN
ELEC TKT                       BILLED TO CAXXXXXXXXXXXX8609        221.80*

                               SUB TOTAL                         1,184.00
                               NET CC BILLING                    1,184.00*

                               TOTAL AMOUNT DUE                      0.00

..PRICE 592.00 ADL INCL TAX AGENCY SERV FEES
..CH NAME CHARITY C EMERONYE
** IT IS THE PASSENGERS RESPONSIBILITY TO BE IN **
** POSSESION OF ALL NECESSARY DOCUMENTATION FOR **
**DESTINATION COUNTRY -VALID PASSPORT/VISA/ETC- **
******    AT THE   TIME OF DEPARTURE    ************
* ANY CHANGES IN YOUR TICKETS HAVE A PENALTY OF *
-ONCE TICKET IS ISSUED FOR DOMESTIC         USD 250.00
-ONCE TICKET IS ISSUED FOR LATIN AMERICA    USD 300.00
-ONCE TICKET IS ISSUED FOR EUROPE.ASIA      USD 380.00
DIFERENCE OF FARE CAN BE APPLIED TO THE NEW TICKETS
       **** HAVE A SAFE TRIP ****

.CA5466160049668609#10/15
.CODE 449
.7503 CALDERON CT UNIT F ALEXANDRIA VA 22306
.703-717-0126-CELL
```