# EXHIBIT

# B

**FRONTIER**
NAME EWIRI/BYOTHEN
DATE 04SEP
FQTV
FLIGHT 277
ET* 413 7298187060

GATE    SEAT
 1       5B

SEQ112 DEP BZN 0238P
       ARR DEN 0405P
BOARDING TIME 158P
       ZONE 2

**FRONTIER**
NAME EMERONYE/CHARITY
DATE 04SEP
FQTV
FLIGHT 277          7
ET1 422 7298187068

GATE    SEAT
 1       5A

SEQ111 DEP BZN 0223P
       ARR DEN 0405P
BOARDING TIME 158P
       ZONE 2