# EXHIBIT

# C

**FRONTIER**
NAME EMERONYE/CHARIT
DATE 04SEP
QTY
FLIGHT 789
ETD 122 7158147463

GATE    SEAT
A38     10A

SEQ166 DEP DEN 0440P
ARR DCA 0955P
BOARDING TIME 405P
ZONE 2

**FRONTIER**
NAME SWI... STEPN
DATE 04SEP
QTY
FLIGHT 789
ETD 122 720FN

GATE    SEAT
A38     10B

SEQ167 DEP DEN 0440P
ARR DCA 0955P
BOARDING TIME 405P
ZONE 2