# EXHIBIT

# D

**UNITED**

NAME: EMERONYE/CHARITY
DATE: 29AUG                                98
FF#:
   GPL6XP                          B1 637977
FLIGHT: UA   6477Y
GATE: **B87**
01672981870663
BZN   ETICKET

SEAT: 7D
BOARDING GROUP:   **3**

BOARDING PASS

NAME: EMERONYE/CHARI
DATE: 29AUG                                98
FF#:
MILEAGE:
FLIGHT: UA   6477Y
GATE: **B87**  SEAT: 7D
DEPART: 955P
DENVER
ARRIVE: 1136P
BOZEMAN
BOARD TIME:   920P
01672981870663
A STAR ALLIANCE MEMBER

---

**UNITED**

NAME: SWIFT/STEPHEN
DATE: 29AUG                                99
FF#:
   GPL6XP                          B1 638221
FLIGHT: UA   6477Y
GATE: **B87**

01672981870674
BZN   ETICKET

SEAT: 7C
BOARDING GROUP:   **3**

BOARDING PASS

NAME: SWIFT/STEPHEN
DATE: 29AUG                                99
FF#:
MILEAGE:
FLIGHT: UA   6477Y
GATE: **B87**  SEAT: 7C
DEPART: 955P
DENVER
ARRIVE: 1136P
BOZEMAN
BOARD TIME:   920P
01672981870674
A STAR ALLIANCE MEMBER

# UNITED

GPL6XP
UA6477   E1AD9A34

EMERONYE/CHARITY

Denver to Bozeman

| UA6477 | GATE | BOARD TIME | SEAT |
|---|---|---|---|
| **DEN-BZN** | NOT YET ASSIGNED | **9:30**PM Departs: 9:55 PM Arrives: 11:36 PM | SEE AGENT |

THU 29 AUG 2013

Operated by Skywest Airlines dba United Express
Confirmation: GPL6XP
eTicket 01672981870663



A STAR ALLIANCE MEMBER

---

# UNITED

GPL6XP
UA6477   E1AD9A34

SWIFT/STEPHEN

Denver to Bozeman

| UA6477 | GATE | BOARD TIME | SEAT |
|---|---|---|---|
| **DEN-BZN** | NOT YET ASSIGNED | **9:30**PM Departs: 9:55 PM Arrives: 11:36 PM | SEE AGENT |

THU 29 AUG 2013

Operated by Skywest Airlines dba United Express
Confirmation: GPL6XP
eTicket 01672981870674

A STAR ALLIANCE MEMBER