```
Court Name: United States District Court
Division: 1
Receipt Number: 14683046159
Cashier ID: sbrown
Transaction Date: 09/04/2014
Payer Name: CHARITY C EMERONYE
-----------------------------------------
CIVIL FILING FEE
  For: CHARITY C EMERONYE
  Amount:         $400.00
-----------------------------------------
CREDIT CARD
  Amt Tendered:   $400.00
-----------------------------------------
Total Due:        $400.00
Total Tendered:   $400.00
Change Amt:       $0.00

FILING FEE
114CV1139
```