AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2014 SEP 29 P 4: 20
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Charity Chidinma Emeronye Swift | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:14-CV-1139 |
| Frontier Airlines, Inc. and Jane Doe | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frontier Airlines, Inc.
c/o Corporation Service Company
1560 Broadway, Suite 2090
Denver, Colorado 80202-5180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charity Chidinma Emeronye Swift
Swift & Swift, Attorneys at Law, P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia 22314-4688

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sept. 4, 2014                    S. Walker
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) FRONTIER AIRLINES, INC.
was received by me on (date) September 16, 2014 .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Kurt Plender, as Process Clerk to the Corporation Service Company, as Registered Agent , who is designated by law to accept service of process on behalf of (name of organization) FRONTIER AIRLINES, INC. at 1560 Broadway, Unit 2090, Denver, Colorado 80202 on (date) September 17, 2014 at 1:45pm. ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: September 18, 2014

*Aaron Stephens*
Server's signature

Aaron Stephens, Private Process Server
Printed name and title

1177 Grant St., #104, Denver, CO 80203
Server's address

Additional information regarding attempted service, etc: