UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 1:14-cv-001139-LO-IDD |
| FRONTIER AIRLINES, INC., et al., | ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Motion by Defendant Frontier Airlines, Inc. ("Defendant") for an extension of time to respond to Plaintiff Charity Chidinma Emeronye Swift's ("Plaintiff") Complaint and the entire record herein,

IT IS HEREBY ORDERED that Defendant's time to file its responsive pleadings to the Plaintiff's Complaint be and the same hereby is extended to and including October 22, 2014.


Dated: October __, 2014

_____
United States District Court Judge