UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT,<br>　　Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC., et al.,<br>　　Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No.: 1:14-cv-001139-LO-IDD<br>)<br>)<br>) |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable the Judges and Magistrate Judges to evaluate possible disqualification or recusal, counsel for Defendant Frontier Airlines, Inc. hereby certifies that there are no other parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public.

Dated: October 8, 2014                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　Sarah E. Moffett (VA Bar No. 72208)
　　　　　　　　　　　　　　　　　　　　LeClairRyan, A Professional Corporation
　　　　　　　　　　　　　　　　　　　　2318 Mill Road, Suite 1100
　　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　　Telephone: (703) 647-5930
　　　　　　　　　　　　　　　　　　　　Facsimile:  (703) 647-5980
　　　　　　　　　　　　　　　　　　　　Email:  sarah.moffett@leclairryan.com

　　　　　　　　　　　　　　　　　　　　- and –

　　　　　　　　　　　　　　　　　　　　Steven L. Boldt (*pro hac vice to be filed*)
　　　　　　　　　　　　　　　　　　　　Adler Murphy & McQuillen LLP
　　　　　　　　　　　　　　　　　　　　20 South Clark Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 345-0700
　　　　　　　　　　　　　　　　　　　　Facsimile:  (312) 345-9860
　　　　　　　　　　　　　　　　　　　　Email:  sboldt@amm-law.com

　　　　　　　　　　　　　　　　　　　　***Attorneys for Frontier Airlines, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that, on October 8, 2014, I served the following via U.S. Mail, postage prepaid, and via electronic case filing:

Charity Chidinma Emeronye Swift
Swift & Swift, Attorneys at Law, P.L.L.C.
21 Eisenhower Avenue
Suite 200
Alexandria, VA 22314

/s/_____
Sarah E. Moffett