IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| Plaintiff, | Civil Action No. 1:14-CV-1139 |
| v. | Hon. Judge Liam O'Grady |
| | Hon. Magistrate Judge Ivan D. Davis |
| **FRONTIER AIRLINES, INC. (a Colorado corporation), and JANE DOE,** | |
| Defendants. | |

### ORDER

Upon consideration of the Motion to Dismiss Counts III & IV of Plaintiff's Complaint by Defendant Frontier Airlines, Inc., the accompanying Memorandum of Law, any response thereto, and the entire record herein, it is hereby ORDERED that the motion is GRANTED, and Counts III and IV of Plaintiff's Complaint are DISMISSED with prejudice.

Dated: November __, 2014

_____
United States District Court Judge