**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|                                                      |                                                   |
| ---------------------------------------------------- | ------------------------------------------------- |
| **CHARITY CHIDINMA EMERONYE SWIFT,**                 |                                                   |
| **Plaintiff,**                                       | **Civil Action No. 1:14-CV-1139**                 |
| **v.**                                               | **Hon. Judge Liam O'Grady**                       |
|                                                      | **Hon. Magistrate Judge Ivan D. Davis**           |
| **FRONTIER AIRLINES, INC. (a Colorado corporation), and JANE DOE,** |                                   |
| **Defendants.**                                      |                                                   |

## <u>ROSEBORO NOTICE TO PLAINTIFF *PRO SE*</u>

Pursuant to Local Civil Rule 7(K) and *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), you are hereby advised as a *pro se* party that you have the opportunity to respond to the Motion to Dismiss Counts III and IV of Plaintiff's Complaint filed by Defendant Frontier Airlines, Inc. ("Frontier"), on October 22, 2014, which was sent via first class mail, postage prepaid, to you on that date, as well as via electronic case filing. Although you are a licensed attorney, because you have appeared *pro se* in this matter, you should consider the following:

1.      You are entitled to file a response opposing the Motion. Any response must be filed within twenty-one (21) days from October 22, 2014;

2.      If you do not file a response, the Court may dismiss your lawsuit on the basis of the Motion filed by the above-listed Defendant and its accompanying memorandum of law;

3.      You must identify all facts stated by the above-listed Defendants with which you disagree and must set forth your version of the facts by offering affidavits (written statements

signed before a notary public and under oath) or by filing sworn statements (bearing a certificate

that it is signed under penalty of perjury); and

4.    You are also entitled to file a legal brief in opposition to the one filed by the

above-listed Defendants.

Dated: October 22, 2014                    Respectfully submitted,


                                           /s/_____
                                           Sarah E. Moffett (VA Bar No. 72208)
                                           LECLAIRRYAN, A PROFESSIONAL CORPORATION
                                           2318 Mill Road, Suite 1100
                                           Alexandria, Virginia 22314
                                           Telephone: (703) 647-5930
                                           Facsimile:  (703) 647-5980
                                           Email:  sarah.moffett@leclairryan.com

                                           - and –

                                           Paula L. Wegman (*pro hac vice pending*)
                                           Steven L. Boldt (*admitted pro hac vice*)
                                           ADLER MURPHY & MCQUILLEN LLP
                                           20 South Clark Street, Suite 2500
                                           Chicago, Illinois 60603
                                           Telephone: (312) 345-0700
                                           Facsimile:  (312) 345-9860
                                           Email: sboldt@amm-law.com
                                           Email: pwegman@amm-law.com

                                           ***Attorneys for Frontier Airlines, Inc.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 22, 2014, I served the following via U.S. Mail, postage prepaid, and via electronic case filing:

Charity Chidinma Emeronye Swift
Swift & Swift, Attorneys at Law, P.L.L.C.
21 Eisenhower Avenue
Suite 200
Alexandria, VA 22314

*/s/*_____
Sarah E. Moffett