IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| Plaintiff, | Civil Action No. 1:14-CV-1139 |
| v. | Hon. Judge Liam O'Grady |
| | Hon. Magistrate Judge Ivan D. Davis |
| **FRONTIER AIRLINES, INC. (a Colorado corporation), and JANE DOE,** | |
| Defendants. | |

## NOTICE OF HEARING

Please take notice that Defendant Frontier Airlines, Inc. ("Frontier") will bring for hearing its Motion to Dismiss at 10:00 a.m. on December 12, 2014, before the Honorable Judge Liam O'Grady, United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia 22314.

Dated: October 28, 2014                    Respectfully submitted,


/s/_____
Sarah E. Moffett (VA Bar No. 72208)
LECLAIRRYAN, A PROFESSIONAL CORPORATION
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5930
Facsimile:  (703) 647-5980
Email:  sarah.moffett@leclairryan.com

- and –

Paula L. Wegman (*pro hac vice pending*)

      Steven L. Boldt (*admitted pro hac vice*)
      ADLER MURPHY & MCQUILLEN LLP
      20 South Clark Street, Suite 2500
      Chicago, Illinois 60603
      Telephone: (312) 345-0700
      Facsimile:  (312) 345-9860
      Email: sboldt@amm-law.com
      Email: pwegman@amm-law.com

*Attorneys for Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 28, 2014, I served the following via U.S. Mail, postage prepaid, and via electronic case filing:

Charity Chidinma Emeronye Swift
Swift & Swift, Attorneys at Law, P.L.L.C.
21 Eisenhower Avenue
Suite 200
Alexandria, VA 22314

/s/_____
Sarah E. Moffett