**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: **1:14-CV-001139** ) |
| FRONTIER AIRLINES, INC., et. al. | ) ) |
| Defendants. | ) ) ) |

**ORDER**

Upon consideration of the Motion by Charity Chidinma Emeronye Swift ("Plaintiff") for an extension of time to respond to the Motion to Dismiss filed by Frontier Airlines, Inc. (Defendant) in this matter and the entire record herein,

IT IS HEREBY ORDERED that Plaintiff's time to file its responsive pleadings to the Defendant's Motion to Dismiss be and the same hereby is extended to and including November 20, 2014.

Dated: November ____, 2014          _____/s/_____
                                                           Ivan D. Davis
                                                  United States Magistrate Judge