IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: **1:14-CV-001139** ) |
| FRONTIER AIRLINES, INC., et. al. | ) ) ) |
| Defendants. | ) ) |

### ORDER

Upon consideration of the Motion by Charity Chidinma Emeronye Swift ("Plaintiff") for an extension of time to respond to the Motion to Dismiss filed by Frontier Airlines, Inc. (Defendant) in this matter and the entire record herein,

IT IS HEREBY ORDERED that Plaintiff's time to file its responsive pleadings to the Defendant's Motion to Dismiss be and the same hereby is extended to and including November 20, 2014.

Dated: November 4, 2014

_____/s/_____
Ivan D. Davis
United States Magistrate Judge