IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: **1:14-CV-001139** ) |
| FRONTIER AIRLINES, INC., et. al. | ) ) |
| Defendants. | ) ) ) |

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

Geoffrey S. Burke and Douglas M. Coleman respectfully move this Court for leave to withdraw as counsel of record herein pursuant to Local Rules of Civil Procedure 7 and 83.1(G) and for the reasons stated in the accompanying memorandum of law.

Respectfully submitted,

By: _____/s/_____
Geoffrey S. Burke, VSB#75728
Burke Law, P.L.C.
100 North Pitt Street, Suite 206
Alexandria, Virginia 22314
(703) 665-4454 (Tel)
(703) 649-6224 (Fax)
gburke@burkelawpractice.com

_____/s/_____
Douglas M. Coleman, VSB# 25035
Coleman Law Group, P.L.C.
602 Cameron Street
Alexandria, Virginia 22314
(703) 739-4200 (Tel)
(703) 739-4210 (Fax)
dcoleman@coleman-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Sarah E. Moffett (VA Bar No. 72209
>LeClairRyan, a Professional Corporation
>2318 Mill Road, Suite 1100
>Alexandria, Virginia 22314
>(703) 647-5930 (Tel)
>(703) 647-5980 (Fax)
>Sarah.Moffett@leclairryan.com

>-and-

>Steven L. Boldt (*pro hac vice*)
>Alder Murphy & McQuillen LLP
>20 South Clark Street, Suite 2500
>Chicago, Illinois 60603
>(312) 345-0700 (Tel)
>(312) 345-9860 (Fax)
>sboldt@amm-law.com

>**Attorneys for Frontier Airlines, Inc.**

I further certify that a copy of the foregoing motion was mailed on this the 17th day of November, 2014, to:

>Charity Swift
>2121 Eisenhower Avenue, Suite 200
>Alexandria, Virginia 22314-4688

>_____/s/_____
>Geoffrey S. Burke, VSB#75728
>Burke Law, P.L.C.
>100 North Pitt Street, Suite 206
>Alexandria, Virginia 22314
>(703) 665-4454 (Tel)
>(703) 649-6224 (Fax)
>gburke@burkelawpractice.com