IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: **1:14-CV-001139** ) |
| FRONTIER AIRLINES, INC., et. al. | ) ) |
| Defendants. | ) ) ) |

**<u>MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL</u>**

Geoffrey S. Burke and Douglas M. Coleman (collectively "Movants") respectfully move to withdraw as counsel of record herein on behalf of Plaintiff Charity Chidinma Emeronye Swift and in support of their motion for leave to withdraw as counsel pursuant to Local Rules of Civil Procedure 7 and 83.1(G) state as follows:

Plaintiff is dissatisfied with present counsel and would prefer to represent herself or retain new counsel. Accordingly, the Movants provided reasonable notice to Plaintiff of their intent to request leave from this Court to withdraw as counsel.

Withdrawal is permitted under Rule 1.16(b) of the Virginia Rules of Professional Conduct. Further, it is clear the withdrawal can be accomplished without impeding the administration of justice, efficiency, or functions of this Court.

Movants respectfully request that the Court stay all proceedings to provide Plaintiff ten (10) days to retain new counsel which will, in turn, extend the deadline for Plaintiff to file the response to Defendant's Motion to Dismiss until December 5, 2014.

A proposed Order is submitted herewith and Movants waive a hearing on this matter.

WHEREFORE, Movants respectfully request that this Court grant their Motion and provide leave for Movants to withdraw as counsel in this litigation.

Respectfully submitted,

By: _____/s/_____
Geoffrey S. Burke, VSB#75728
Burke Law, P.L.C.
100 North Pitt Street, Suite 206
Alexandria, Virginia 22314
(703) 665-4454 (Tel)
(703) 649-6224 (Fax)
gburke@burkelawpractice.com

-and-


_____/s/_____
Douglas M. Coleman, VSB# 25035
Coleman Law Group, P.L.C.
602 Cameron Street
Alexandria, Virginia 22314
(703) 739-4200 (Tel)
(703) 739-4210 (Fax)
dcoleman@coleman-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Sarah E. Moffett (VA Bar No. 72209
>LeClairRyan, a Professional Corporation
>2318 Mill Road, Suite 1100
>Alexandria, Virginia 22314
>(703) 647-5930 (Tel)
>(703) 647-5980 (Fax)
>Sarah.Moffett@leclairryan.com

>-and-

>Steven L. Boldt (*Pro hac vice*)
>Alder Murphy & McQuillen LLP
>20 South Clark Street, Suite 2500
>Chicago, Illinois 60603
>(312) 345-0700 (Tel)
>(312) 345-9860 (Fax)
>sboldt@amm-law.com

>**Attorneys for Frontier Airlines, Inc.**

I further certify that a copy of the foregoing motion was mailed on the 17th of November 2014 to:

>Charity Swift
>2121 Eisenhower Avenue, Suite 200
>Alexandria, Virginia 22314-4688

>_____/s/_____
>Geoffrey S. Burke, VSB#75728
>Burke Law, P.L.C.
>100 North Pitt Street, Suite 206
>Alexandria, Virginia 22314
>(703) 665-4454 (Tel)
>(703) 649-6224 (Fax)
>gburke@burkelawpractice.com