IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: **1:14-CV-001139** ) |
| FRONTIER AIRLINES, INC., et. al. | ) ) |
| Defendants. | ) ) ) |

### ORDER

The Court has before it the Expedited Motion for Leave to Withdraw as Counsel and a Memorandum in support thereof, filed by Geoffrey S. Burke and Douglas M. Coleman (collectively "Movants"), requesting that the appearances they entered on behalf of Plaintiff Charity Chidinma Emeronye Swift be withdrawn.  In addition, Plaintiff requests a stay of all proceedings for a period of ten (10) days so that she may secure the services of new counsel or proceed in this matter *pro se*.   Plaintiff also requests that the deadline for new counsel or for Plaintiff to respond to the Motion to Dismiss be extended to and including December 5, 2014.

Upon review, the Court GRANTS the Motion for Leave to Withdraw as Counsel. Plaintiff shall have ten days to retain new counsel and the time to file its responsive pleadings to the Defendant Frontier Airline's Motion to Dismiss is hereby extended to and including December 5, 2014.

Dated:  November _____, 2014.                 _____/s/_____
                                                                                  Ivan D. Davis
                                                                       United States Magistrate Judge