IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No: **1:14-CV-001139** ) |
| FRONTIER AIRLINES, INC., et. al. | ) ) |
| Defendants. | ) ) ) |

### NOTICE OF WAIVER OF APPEARANCE AND HEARING

PLEASE TAKE NOTICE THAT Geoffrey S. Burke and Douglas M. Coleman hereby waive a hearing before the Court to present oral argument on their Expedited Motion to Withdraw as Counsel and submit the matter for disposition by the Court for the reasons cited within their Expedited Motion to Withdraw as Counsel and the accompanying memorandum filed herein.

By: _____/s/_____
Geoffrey S. Burke, VSB#75728
Burke Law, P.L.C.
100 North Pitt Street, Suite 206
Alexandria, Virginia 22314
(703) 665-4454 (Tel)
(703) 649-6224 (Fax)
gburke@burkelawpractice.com

and

_____/s/_____
Douglas M. Coleman, VSB# 25035
Coleman Law Group, P.L.C.
602 Cameron Street
Alexandria, Virginia 22314
(703) 739-4200 (Tel)
(703) 739-4210 (Fax)
dcoleman@coleman-lawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Sarah E. Moffett (VA Bar No. 72209)
>LeClairRyan, a Professional Corporation
>2318 Mill Road, Suite 1100
>Alexandria, Virginia 22314
>(703) 647-5930 (Tel)
>(703) 647-5980 (Fax)
>Sarah.Moffett@leclairryan.com
>
>-and-
>
>Steven L. Boldt (*pro hac vice)*
>Alder Murphy & McQuillen LLP
>20 South Clark Street, Suite 2500
>Chicago, Illinois 60603
>(312) 345-0700 (Tel)
>(312) 345-9860 (Fax)
>sboldt@amm-law.com
>**Attorneys for Frontier Airlines, Inc.**

I further certify that a copy of the foregoing notice was mailed on this the 19th day of November 2014 to:

Charity Swift
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia 22314

>_____/s/_____
>Geoffrey Stewart Burke, VSB # 75728
>Burke Law, P.L.C.
>100 N. Pitt Street, Suite 206
>Alexandria, Virginia 22314
>(703) 665-4454, Telephone
>(703) 649-6224, Facsimile
>gburke@burkelawpractice.com