IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 1:14-CV-1139 |
| v. ) ) | Hon. Judge Liam O'Grady |
| ) | Hon. Magistrate Judge Ivan D. Davis |
| **FRONTIER AIRLINES, INC.** ) (a Colorado Corporation), ) and **JANE DOE,** ) ) | |
| Defendants ) ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS HER COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Mrs. Charity C. Emeronye Swift ("Mrs. Swift") asks the court to deny Defendants' Motion to Dismiss her Complaint pursuant to Rule 12(b)(6) and to rule in her favor, because, (a) she sufficiently alleged conduct that was outrageous and intolerable and as a result, she suffered severe mental distress; and (b) she has adequately stated a claim of defamation.

Plaintiff's arguments in support of her opposition to Defendants' Motion to Dismiss are set forth in the attached Memorandum of Points and Authorities.

1

Dated December 5, 2014.  Respectfully submitted,

*/s/ Stephen Christopher Swift*
Stephen Christopher Swift
(Virginia State Bar ID No. 38419)
Swift & Swift Attorneys, at Law, P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia 22314-4688
Telephone: (703) 418-0000
Facsimile: (703) 535-8205
Email: steve@swift.law.pro

*Attorney for Plaintiff*
*Charity Chidinma Emeronye Swift*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed on December 5, 2014 using the Court's CM/ECF system with the Clerk of the Court, who will then send an electronic notice of filing to all counsel of record, including the following:

>Sarah E. Moffett (VA Bar No 72208)
>LeClairRyan, A Professional Corp.
>2318 Mill Road, Suite 1100
>Alexandria, Virginia 22314
>Telephone: (703) 647-5930
>Facsimile: (703) 647-5980
>Email: sarah.moffett@leclairryan.com

>and

>Paula L. Wegman (pro hac vice)
>Steven L. Boldt (pro hac vice)
>Adler Murphy & McQuillen LLP
>20 South Clark Street, Suite 2500
>Chicago, Illinois 60603
>Telephone: (312) 345-0700
>Facsimile: (312) 345-9860
>Email: pwegman@amm-law.com
>Email: sboldt@amm-law.com

>*/s/ Stephen Christopher Swift*
>Stephen Christopher Swift