**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| **Plaintiff,** | **Civil Action No. 1:14-cv-1139** |
| **v.** | **Hon. Judge Liam O'Grady** |
| | **Hon. Magistrate Judge Ivan D. Davis** |
| **FRONTIER AIRLINES, INC. (a Colorado corporation), and JANE DOE,** | |
| **Defendants.** | |

<u>**NOTICE OF APPEARANCE**</u>

Stephen Christopher Swift hereby gives notice he is appearing as counsel for Plaintiff Charity Chidinma Emeronye Swift in the above-captioned civil action.

Dated: December 9, 2014                     Respectfully submitted,

*/s/ Stephen Christopher Swift*
Stephen Christopher Swift
Virginia State Bar ID No. 38419
Swift & Swift, Attorneys at Law, P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia  22314-4688
Telephone: (703) 418-0000
Facsimile: (703) 535-8205
E-Mail: steve@swift.law.pro

-1-

## CERTIFICATE OF SERVICE

I hereby certify that, on December 9, 2014, I filed the foregoing Notice of Appearance with the Clerk of Court, using the Court's CM/ECF system, which will automatically serve copies electronically on all counsel of record.

*/s/ Stephen Christopher Swift*
Stephen Christopher Swift
