IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| Plaintiff, | Civil Action No. 1:14-cv-1139 |
| v. | Hon. Judge Liam O'Grady |
| | Hon. Magistrate Judge Ivan D. Davis |
| **FRONTIER AIRLINES, INC.** (a Colorado corporation), and **JANE DOE,** | |
| Defendants. | |

**UNOPPOSED MOTION FOR CONTINUANCE OF HEARING ON
FRONTIER AIRLINE, INC.'S MOTION TO DISMISS
COUNTS III & IV OF PLAINTIFF'S COMPLAINT**

Plaintiff Charity Chidinma Emeronye Swift, by and through her undersigned counsel, pursuant to Local Civil Rule 7(G), moves this Court for a continuance of the hearing on Frontier Airline, Inc.'s Motion to Dismiss Counts III & IV of Plaintiff's Complaint from Friday, December 12, 2014 at 10:00 a.m. to Friday, January 9, 2015 at 10:00 a.m. The reason asking for a continuance is that Plaintiff's counsel has a schedule conflict on the date for which the hearing is now scheduled. Counsel for Plaintiff has conferred with counsel for Defendant Frontier Airlines, Inc., and they have consented to this motion.

Dated: December 9, 2014     Respectfully submitted,

              */s/ Stephen Christopher Swift*
              Stephen Christopher Swift
              Virginia State Bar ID No. 38419
              Swift & Swift, Attorneys at Law, P.L.L.C.
              2121 Eisenhower Avenue, Suite 200
              Alexandria, Virginia  22314-4688
              Telephone: (703) 418-0000
              Facsimile: (703) 535-8205
              E-Mail: steve@swift.law.pro

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 9, 2014, I filed the foregoing motion and the attached proposed order electronically with the Clerk of Court, using the Court's CM/ECF system, which will automatically serve copies electronically on all counsel of record.

*/s/ Stephen Christopher Swift*
Stephen Christopher Swift
