IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| Plaintiff, | Civil Action No. 1:14-cv-1139 |
| v. | Hon. Judge Liam O'Grady |
| | Hon. Magistrate Judge Ivan D. Davis |
| **FRONTIER AIRLINES, INC.** (a Colorado corporation), and **JANE DOE,** | |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion for Continuance of Hearing on Frontier Airline, Inc.'s Motion to Dismiss Counts III & IV of Plaintiff's Complaint , it is this _____ day of _____, 2014, by the United States District Court for the Eastern District of Virginia:

ORDERED, that the hearing on Frontier Airline, Inc.'s Motion to Dismiss Counts III & IV of Plaintiff's Complaint is continued from Friday, December 12, 2014 at 10:00 a.m. to Friday, January 9, 2015 at 10:00 a.m.

_____
Liam O'Grady
United States District Judge