IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| Plaintiff, | Civil Action No. 1:14-cv-1139 |
| v. | Hon. Anthony J. Trenga |
| | Hon. Magistrate Judge Ivan D. Davis |
| **FRONTIER AIRLINES, INC.** (a Colorado corporation), and **JANE DOE,** | |
| Defendants. | |

### PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT

Plaintiff Charity Chidinma Emeronye Swift ("Mrs. Swift"), through her undersigned attorney, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, moves this Court for leave to amend her Complaint, for reasons set forth in the memorandum submitted herewith. Mrs. Swift' counsel has conferred with counsel for Frontier Airlines, Inc., but they have not consented to this motion.

-1-

Dated: December 10, 2014          Respectfully submitted,

                                         */s/ Stephen Christopher Swift*
                                         Stephen Christopher Swift
                                         Virginia State Bar ID No. 38419
                                         Swift & Swift, Attorneys at Law, P.L.L.C.
                                         2121 Eisenhower Avenue, Suite 200
                                         Alexandria, Virginia 22314-4688
                                         Telephone: (703) 418-0000
                                         Facsimile: (703) 535-8205
                                         E-Mail: steve@swift.law.pro

                                         *Attorney for Plaintiff*
                                         *Charity Chidinma Emeronye Swift*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on December 10, 2014, I electronically filed the foregoing document with the Clerk of the Court, using the Court's CM/ECF system, which will automatically cause all counsel of record to be served therewith.

                */s/ Stephen Christopher Swift*
                Stephen Christopher Swift