IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| Plaintiff, | Civil Action No. 1:14-cv-1139 |
| v. | Hon. Judge Anthony J. Trenga |
| | Hon. Magistrate Judge Ivan D. Davis |
| **FRONTIER AIRLINES, INC.** (a Colorado corporation), and **JANE DOE,** | |
| Defendants. | |

## [PROPOSED] ORDER

Upon consideration of the foregoing Plaintiff's Motion for Leave of Court to Amend Complaint, it is this _____ day of _____, 20____, by the United States District Court for the Eastern District of Virginia:

ORDERED, that the Plaintiff, Charity Chidinma Emeronye Swift, is granted leave to Amend her Complaint in the above-captioned case, and to file the Amended Complaint attached as Exhibit 1 to the above-mentioned Motion within not more than ten (10) days from the date of this Order.

_____
Anthony J. Trenga
United States District Judge