# EXHIBIT

# A

```
SALES PERSON: AH        ITINERARY/INVOICE NO. 0047365        DATE: 19 AUG 13
                                              NHYHAY         PAGE: 01

        TO: AIR WORLD TRAVEL AND TRAIN
            6969 RICHMOND HWY SUITE 102
            ALEXANDRIA VA 22306
            703-660-9160
                                                    Loretta

FOR: EMERONYE/CHARITY
     SWIFT/STEPHEN


29 AUG 13  -  THURSDAY
    AIR    UNITED AIRLINES        FLT:1061    UNITED ECONOMY  FOOD FOR PURCHASE
           LV WASHINGTON DULLES       524P                    EQP: BOEING 757-300
                                                              03HR 43MIN
           AR DENVER                  707P                    NON-STOP
                                                              REF: GPL6XP

           EMERONYE/CHARIT    SEAT-39A
           SWIFT/STEPHEN      SEAT-39B
    AIR    UNITED AIRLINES        FLT:6477    UNITED ECONOMY
           OPERATED BY /SKYWEST DBA UNITED EXPRESS
           LV DENVER                  955P                    EQP: CANADAIR REGIONAL
                                                              01HR 41MIN
           AR BOZEMAN                1136P                    NON-STOP
                                                              REF: GPL6XP

04 SEP 13  -  WEDNESDAY
    AIR    FRONTIER AIRLINES      FLT:272     ECONOMY
           LV BOZEMAN                 233P                    EQP: AIRBUS A319
                                                              01HR 32MIN
           AR DENVER                  405P                    NON-STOP
                                                              REF: NHYIRZ

           EMERONYE/CHARIT    SEAT-5A
           SWIFT/STEPHEN      SEAT-5B
    AIR    FRONTIER AIRLINES      FLT:720     ECONOMY         FOOD FOR PURCHASE
           LV DENVER                  440P                    EQP: AIRBUS A320
                                                              03HR 15MIN
           AR WASHINGTON REAGAN       955P                    NON-STOP
           ARRIVE: TERMINAL A                                 REF: NHYIRZ
           EMERONYE/CHARIT    SEAT-10A
           SWIFT/STEPHEN      SEAT-10B

20 JUN 14  -  FRIDAY
    OTHER WASHINGTON
          TAXES AND FUELS SERVICES CHARGES
SERVICE FEE    XD0592829346         EMERONYE CHARITY
                                    BILLED TO CAXXXXXXXXXXXX8609           41.40*

SERVICE FEE    XD0592829347         SWIFT STEPHEN
                                    BILLED TO CAXXXXXXXXXXXX8609           41.40*

                          CONTINUED ON PAGE 2
```

```
SALES PERSON: AH        ITINERARY/INVOICE NO. 0047365         DATE: 19 AUG 13
                                              NHYHAY          PAGE: 02

          TO: AIR WORLD TRAVEL AND TRAIN
              6969 RICHMOND HWY SUITE 102
              ALEXANDRIA VA 22306
              703-660-9160


FOR: EMERONYE/CHARITY
     SWIFT/STEPHEN


AIR TICKET     UA7298187066        EMERONYE CHARITY
ELEC TKT                           BILLED TO CAXXXXXXXXXXXX8609       328.80*
AIR TICKET     UA7298187067        SWIFT STEPHEN
ELEC TKT                           BILLED TO CAXXXXXXXXXXXX8609       328.80*
AIR TICKET     F97298187068        EMERONYE CHARITY
ELEC TKT                           BILLED TO CAXXXXXXXXXXXX8609       221.80*
AIR TICKET     F97298187069        SWIFT STEPHEN
ELEC TKT                           BILLED TO CAXXXXXXXXXXXX8609       221.80*
                                                                   ------------
                                   SUB TOTAL                         1,184.00
                                   NET CC BILLING                    1,184.00*

                                   TOTAL AMOUNT DUE                      0.00

..PRICE 592.00 ADL INCL TAX AGENCY SERV FEES
..CH NAME CHARITY C EMERONYE
** IT IS THE PASSENGERS RESPONSIBILITY TO BE IN **
** POSSESION OF ALL NECESSARY DOCUMENTATION FOR **
**DESTINATION COUNTRY -VALID PASSPORT/VISA/ETC- **
******   AT THE   TIME OF DEPARTURE   ************
* ANY CHANGES IN YOUR TICKETS HAVE A PENALTY OF *
-ONCE TICKET IS ISSUED FOR DOMESTIC       USD 250.00
-ONCE TICKET IS ISSUED FOR LATIN AMERICA  USD 300.00
-ONCE TICKET IS ISSUED FOR EUROPE,ASIA    USD 380.00
DIFERENCE OF FARE CAN BE APPLIED TO THE NEW TICKETS
       **** HAVE A SAFE TRIP ****

.CA5466160049668609#10/15
.CODE 449
.7503 CALDERON CT UNIT F ALEXANDRIA VA 22306
.703-717-0126-CELL
```