# EXHIBIT

# B

**FRONTIER.**
AIRLINES
NAME EMERONYE/CHARIT
DATE 04SEP
FQTV
FLIGHT 272
ET1 422 7298187068

GATE  SEAT
1     5A

SEQ111 DEP BZN 0223P
       ARR DEN 0405P
BOARDING TIME 158P
       ZONE 2

**FRONTIER.**
AIRLINES
NAME SWIFT/STEPHEN
DATE 04SEP
FQTV
FLIGHT 272
ET1 425 7298187068

GATE  SEAT
1     5B

SEQ112 DEP BZN 0223P
       ARR DEN 0405P
BOARDING TIME 158P
       ZONE 2