# EXHIBIT

# C

```
FRONTIER.
 A I R L I N E S
NAME EMERONYE/CHARIT
DATE 04SEP
FQTV
FLIGHT  720
ET2 422 7298187065

   GATE        SEAT
   A38         10A

SEQ166  DEP DEN  0440P
        ARR DCA  0955P
BOARDING TIME   405P
          ZONE  2
```

```
FRONTIER.
 A I R L I N E S
NAME SWIFT/STEPHEN
DATE 04SEP
FQTV
FLIGHT  720
ET2 422 7298187066

   GATE        SEAT
   A38         10B

SEQ167  DEP DEN  0440P
        ARR DCA  0955P
BOARDING TIME   405P
          ZONE  2
```