# EXHIBIT

# D

**UNITED**

NAME: SWIFT/STEPHEN
DATE: 29AUG
FF#:
GPL6XP                                           B1 638221
FLIGHT: UA  6477Y
GATE: B87                        SEAT: 7C
                      BOARDING GROUP:   3
01672981870674
BZN  ETICKET        BOARDING PASS

NAME: SWIFT/STEPHEN                    99
DATE: 29AUG
FF#:
MILEAGE:
FLIGHT: UA  6477Y
GATE: B87  SEAT: 7C
DEPART: 955P
DENVER
ARRIVE: 1136P
BOZEMAN
BOARD TIME:  920P
01672981870674
A STAR ALLIANCE MEMBER

---

**UNITED**

NAME: EMERONYE/CHARITY
DATE: 29AUG
FF#:
GPL6XP                                           B1 637977
FLIGHT: UA  6477Y
GATE: B87                        SEAT: 7D
                      BOARDING GROUP:   3
01672981870663
BZN  ETICKET        BOARDING PASS

NAME: EMERONYE/CHARI                   98
DATE: 29AUG
FF#:
MILEAGE:
FLIGHT: UA  6477Y
GATE: B87  SEAT: 7D
DEPART: 955P
DENVER
ARRIVE: 1136P
BOZEMAN
BOARD TIME:  920P
01672981870663
A STAR ALLIANCE MEMBER