# EXHIBIT

# E



Plan and Book   Manage Travel   Ways to Save   Travel Information

**Frontier Enhances Services for Customers Using FlyFrontier.com**

*FlyFrontier.com Offers More Choice, Perks and Value*

**Category:**

General News
Wednesday, May 1, 2013 10:00 am MDT

**Dateline:**
DENVER

EmailPDFPrintRSS

**Public Company Information:**

NASDAQ:
RJET

"said David Siegel, Frontier's chief executive officer."

DENVER--(BUSINESS WIRE)--Frontier Airlines announces forthcoming changes to further reduce fares and to improve the travel experience for its most loyal customers, including those who book through FlyFrontier.com. Frontier will further differentiate its services by charging customers only for the services they use and make FlyFrontier.com the best place to book Frontier travel. Frontier guarantees that customers will get the best value at FlyFrontier.com with our Best Fare Guarantee.

**Carry-On Baggage**

Frontier's most loyal customers have made it very clear that finding overhead bin space for carry-on bags has become unacceptably difficult. In response, Frontier will be introducing a charge for carry-on bags for customers buying Basic fares through third party sites. All tickets sold at FlyFrontier.com include a carry-on bag with the fare.

FlyFrontier.com will become the only channel through which customers will continue to enjoy free carry-on bags on all tickets. Frontier encourages customers to save time and money by booking their travel at FlyFrontier.com, where they will always be able to choose their seats, earn more miles, and enjoy more perks, now including a carry-on item in the overhead bin at no additional charge.

This change will increase overhead space for Frontier's most loyal customers and speed the boarding process for all passengers. This change will take effect in summer 2013, with the start date to be announced later this spring.*

Frontier will continue to offer all customers to carry one free personal item, no more than 18" x 14" x 8", on the aircraft, provided such item fits under the seat. A list of other items that are exempt from the carry-on bag fee can be found at FlyFrontier.com.

"With this change, we are ensuring that our most loyal customers - Ascent and Summit level members of *EarlyReturns®*, those who book Economy, Classic and Classic Plus tickets, including all customers who book through FlyFrontier.com, will have more space onboard the aircraft for their carry-on bags," said David Siegel, Frontier's chief executive officer. "As we unbundle our product further, we ensure those customers who want the absolute lowest fares can always find them at FlyFrontier.com."

Ascent and Summit level members of Frontier's *EarlyReturns®* program will continue to receive access to the overhead bins without additional charge. With some of the lowest elite qualification rates in the U.S. airline industry, it pays to be a loyal flier with Frontier.

Once this change has been implemented, Frontier bag fees will be priced as follows:

| Fare Type | Checked | Carry-on |
|---|---|---|
| Summit & Ascent | $0 | $0 |
| Classic Plus | $0 | $0 |
| Classic | $0 | $0 |
| Economy: lowest fares at FlyFrontier.com | First bag: $20 (when checking in at FlyFrontier.com) or $25 at the airport; Second bag: $20 | $0 |
| Basic: lowest fares through outside booking channels | First bag: $20 (when checking in at FlyFrontier.com) or $25 at the airport; Second bag: $20 | $25-100 (customers enjoy the lowest price by checking in at FlyFrontier.com) |

### 1st Bag Fee

The fee to check a first bag will remain $20 when purchased during on-line check-in at FlyFrontier.com but will increase to $25 when purchased at airport check-in for all Economy and Basic tickets booked on or after June 1, 2013 for travel on or after July 11, 2013.

Second bag fees for Economy and Basic bags remain unchanged at $20. Classic and Classic Plus tickets continue to receive two free checked bags.

### Onboard Beverages

As part of the transformation into an Ultra Low Cost Carrier, Frontier will begin charging for onboard beverages this summer. Effective July 1, 2013, customers who purchase Economy or Basic fares will be charged $1.99 for coffee, tea, soda and juice. All on-board purchases continue to require a credit or debit card.

Beverages will continue to be free for Ascent and Summit level *EarlyReturns®* members, as well as for all customers who purchase Classic and Classic Plus fares, when they show their boarding pass or *EarlyReturns®* membership card.

All customers will now receive a full can of soda or juice and customers choosing coffee will be offered free refills. In addition, Frontier will be making improvements to its beverage selection,

including introducing a premium tea brand and Boyer's Premium 100% Arabica coffee, a Colorado brand.

"Frontier continues to make it easier for customers flying with Frontier to pay only for the services they use, which allows us to continue lowering fares," said Daniel Shurz, Frontier's senior vice president, commercial.

Frontier is proud to have an extensive onboard catering selection that includes a variety of buy on board food options, alcoholic beverages, and premium beverages. As Colorado's hometown airline, Frontier features Colorado brands in its onboard menu, including Rocky Mountain Chocolate Factory fudge, Izze sparkling beverages, and several Colorado-brewed beers.

### *EarlyReturns* Frequent Flyer Mileage Earn Changes

FlyFrontier.com customers always earn a minimum of 100% of frequent flyer miles flown. Economy, Classic and Classic Plus ticket-holders will continue to receive 100%, 125% and 150% of miles flown, respectively, regardless of where booked. However, beginning July 1, 2013, Frontier will be changing its *EarlyReturns*® mileage accrual rate on Basic fares from 50% to 25% of miles flown.

Sign up for email updates at FlyFrontier.com/email-alert to receive special discounts and promotions only available to Frontier's email subscribers. Special offers are also available by following us on Twitter at Twitter.com/FlyFrontier or by liking us on Facebook at Facebook.com/FlyFrontier.

Frontier Airlines is a wholly owned subsidiary of Republic Airways Holdings, Inc. (NASDAQ:RJET).

*Frontier will charge a fee for carry-on luggage (larger than a personal item) for those who book Basic tickets after the announced date. Basic tickets are Frontier's lowest fare sold for travel through outside booking channels, including other travel websites. Basic fares are not sold through FlyFrontier.com, where Frontier sells its lowest fares as Economy tickets that include a carry-on bag, an advanced seat assignment, lower change fees, and more *EarlyReturns*® miles than Basic fares. Classic tickets include additional amenities including two free bags and no change fees prior to the day of travel. Classic Plus fares offer our maximum flexibility, including being fully refundable.

### About Frontier Airlines

Frontier Airlines is a wholly owned subsidiary of Republic Airways Holdings, Inc. (NASDAQ: RJET), an airline holding company that also owns Chautauqua Airlines, Republic Airlines and Shuttle America. Currently in its 19th year of operations, Frontier offers service to more than 75 destinations in the United States, Mexico, Costa Rica, Jamaica and the Dominican Republic. The airline employs more than 4,000 aviation professionals, operating from its hub at Denver International Airport. For in-depth information on Frontier Airlines and to book tickets, visit FlyFrontier.com.

**Contact:**

Frontier Airlines
Kate O'Malley, 720-374-4560
media@flyfrontier.com

Copyright 2014 Frontier Airlines Business Wire NewsHQ℠