# EXHIBIT

# H

# FRONTIER

**CONTRACT OF CARRIAGE**  Rev48 10/01/13

## Rule 180 - Stopovers

A. A Stopover, as defined in <u>Definitions</u>, is not permitted except as otherwise provided in the Fare Rules.

B. Where a routing or fare specifically excludes a Stopover or the passenger's ticket does not include an interruption in the trip, and a Stopover at an intermediate point occurs, a higher fare is collected based on the sum of the local fares.

## Rule 185 - Routings

Each fare applies only to transportation via the cities specified on the ticket in connection with a specific fare. Transportation between any two cities must meet routing requirements as specified by the fare filing.

## Rule 190 - Baggage Acceptance

A. General – The Airline will accept for transportation as baggage such personal property necessary or appropriate for the wear, use, comfort, or convenience of the passenger for the purpose of the trip, subject to the following:
   1. An item for transportation not suitably packaged to withstand ordinary handling, or of a size, weight or character that renders it unsuitable for transportation will not be accepted.
   2. All baggage is subject to inspection by the Airline. However, the Airline is not obligated to perform an inspection. The Airline will refuse to transport or will remove baggage if the passenger refuses to submit the baggage for inspection.
   3. The Airline has the right to refuse to transport baggage on any flight other than the one carrying the passenger.
   4. The Airline will not accept baggage or other personal property for storage.
   5. The Airline will check baggage only when the passenger presents a valid ticket for transportation on the Airline, or on the Airline and one or more other carriers with whom the Airline has a ticketing and baggage agreement.
   6. The Airline will not accept any item that contains or has contained any type of flammable liquid (e.g., gas, propane, butane) used as fuel. This does not include personal smoking material.
   7. The passenger's name, address and telephone number must appear on the baggage.
   8. Baggage will not be checked:
      a. To a point that is not reflected in the passenger's routing.
      b. Beyond the passenger's next point of stopover; or if there is no stopover, beyond the final destination designated on the ticket.
      c. Beyond a point at which a passenger wants to reclaim all or a portion of the baggage.
      d. Beyond the point to which all applicable charges have been paid.
      e. Beyond the point at which the passenger is to transfer to a connecting flight, if that flight is scheduled to depart from an airport different from the one at which the passenger is scheduled to arrive.

B. Live Animals – Live animals are accepted for transport in the cabin only. For provisions on acceptance and transportation of animals, see <u>Rule 55 - Service Animals</u> and <u>Rule 195 - Conditions and Charges for Special Items</u>.

Uncontrolled copy when downloaded or printed.
Refer to the Controlled Document Library for the most current version of this document.

C. International Operations – Agricultural items, perishable items, or products that do not conform with Customs and/or Agricultural government entities on any flights to or from a foreign destination will not be accepted.

D. Restricted Items – Excepted restricted/hazardous materials as defined in the DOT Hazardous Materials Regulations (49 CFR 175.10) and IATA Dangerous Goods Regulations may be accepted. Refer to _Rule 195 - Conditions and Charges for Special Items_.

E. Fragile and Perishable Items – Items must be packaged properly such that they cannot leak through the packaging and are checked in cardboard boxes. Perishable items required to maintain temperature cannot use wet-ice, defined as ice made only from water. The Airline will accept liability for the loss of items that are packaged and checked in cardboard boxes, including boxes provided by the Airline in accordance with _Rule 230 - Claim Limits And Procedures_. However, fragile or perishable items without appropriate packaging are accepted only upon execution of a Limited Release Baggage Tag, relieving the Airline from liability for damage or loss of items. Refer to _Rule 195 - Conditions and Charges for Special Items_.

## Rule 195 - Conditions and Charges for Special Items

The following items are accepted as checked or carry-on baggage, subject to the conditions specified and payment of applicable charges. Refer to _Rule 220 - Baggage Allowance_ for baggage requirements including dimensions (linear inches = height + width + length). Carry-on items may not exceed the baggage allowance dimensions.

Refer to the Sports Equipment and Special/Fragile Items chart hosted at www.FlyFrontier.com for other items which have specific packaging or other requirements which need to be met in order to be transported by air. All items listed on the Sports Equipment and Special/Fragile Items chart are subject to baggage fees. Baggage fees for excess, oversize, and overweight are cumulative and all may be assessed on one item.

NOTE: *The Airline does not allow unaccompanied baggage in the cabin of the aircraft.*

The following items have specific transport requirements and may incur a special fee as needed:

A. Shooting Equipment – Items of shooting equipment are accepted as checked baggage on flights within the United States. Carriage of any firearm is subject to the conditions specified below:

  1) In accordance with federal law, a passenger who presents baggage that contains a firearm must:
     a) Ensure the firearm is unloaded.
     b) Pack the firearm in a lockable, hard-sided container.
     c) Declare the firearm unloaded at the time of check-in and sign a "Firearms Unloaded" declaration.
        i. If the firearm is in a locked, hard-sided container INSIDE a piece of checked baggage, the declaration must be placed inside the checked baggage and proximate to, but not inside of, the locked, hard-sided container containing the firearm.
        ii. If the firearm is in a locked, hard-sided container, but NOT INSIDE a piece of checked baggage, the declaration must be placed inside the locked, hard-sided container containing the firearm.
     d) After screening, the passenger must lock the firearm container and retain the key or combination.
     e) The passenger must make arrangements and assume full responsibility for complying with any applicable laws, customs and government regulations, or restrictions of the state or territory to which the firearm is being transported.

Rule 195 - Conditions and Charges for Special Items                             Pg. 22 of 39

Uncontrolled copy when downloaded or printed
Refer to the Controlled Document Library for the most current version of this document.

# FRONTIER

**CONTRACT OF CARRIAGE**                                                                 Rev48 10/01/13

2) Ammunition must be securely packed in the original manufacturer's packaging, fiber (such as cardboard), wood or metal boxes or other sturdy and durable packaging providing sufficient cartridge separation.

   a) Each passenger is allowed up to 11 pounds of ammunition.
   b) Loaded ammunition clips and magazines must also be securely boxed
   c) Ammunition may be packed with the firearm.

3) International Operations – Firearms, ammunition, or archery shooting equipment are not accepted on flights to or from a foreign destination.

   EXCEPTION: Passengers traveling between the United States and Canada are allowed to transport hunting rifles and shotguns only. See paragraphs 1, 2, and 3 under A. *Shooting Equipment* in this rule for conditions of acceptance.

B. Live Animals – The Airline accepts live animals in the cabin of the aircraft only. Seat restrictions apply depending on the aircraft type. The transportation of live animals is subject to fees for carriage and the terms and conditions below.

   EXCEPTION: This rule does not apply to transportation of service animals referred to in *Rule 55 - Service Animals*.

1) Carriage in the cabin – Live animals may be transported in the cabin according to the following conditions:

   a) A one-way, directional fee will be assessed at check-in based on the fare option purchased.

|  | Basic | Economy | Classic | Classic Plus |
|---|---|---|---|---|
| Service Fee | USD 125 | USD 75 | USD 75 | USD 75 |

   b) Live animals allowable for carriage in the cabin are:
      i. Domesticated dogs, cats, rabbits, guinea pigs, hamsters, or small household birds on flights within the United States. No exceptions.
      ii. Domesticated dogs and cats only may be carried to or from foreign destinations.

   c) Passengers are responsible for:
      i. Making arrangements and assuming full responsibility for complying with any applicable laws, customs and other governmental regulations, requirements or restrictions of the country, state or territory to which the animal is being transported.
      ii. Providing required health documents when traveling to/from a foreign destination as described in *Documentation*.
      iii. Making advance reservations as no more than ten pet containers will be accepted per flight and no more than one pet container may be carried per person.

   d) A pet in its container counts toward the carry-on baggage allowance. Refer to *Rule 220 - Baggage Allowance*.

   e) The travel container must be large enough for the pet to stand, turn around, and lie down in a natural position and fit underneath the seat in front of the passenger.

Pg. 23 of 39                                                Rule 195 - Conditions and Charges for Special Items

Uncontrolled copy when downloaded or printed.
Refer to the Controlled Document Library for the most current version of this document.

# FRONTIER
**CONTRACT OF CARRIAGE**

Rev 50 12/15/13

    f) The pet must remain in the travel container at all times and may not be fed while onboard the aircraft. A pet may not disrupt other passengers; the owner must be able to quiet the pet without removing it from the container.

    g) No oxygen will be administered to a pet in the event of an emergency.

2) Documentation

Each country has different entry requirements. It is the passenger's responsibility to ensure compliance with any applicable laws, customs and other governmental regulations, requirements or restrictions of the country, state or territory to which the animal is being transported. In addition, some countries have import/export fees.

    a) A veterinary health certificate is required for all pets traveling to a foreign destination:
        i. Dated within 10 days of entry into the United States.
        ii. Dated within 2 weeks of entry into Costa Rica.
        iii. Dated within 5 days of entry into Mexico.
        iv. Dated within 15 days of entry into the Dominican Republic.
        v. Pets are not accepted to/from Jamaica.

    b) A Vaccination Certificate is required for all adult dogs and cats traveling to a foreign destination. If vaccination information is not included on the health certificate, a separate vaccination certificate must be dated following the health certificate guidelines:
        i. Adult pets are three months of age or older for all destinations except Costa Rica. Costa Rica defines adult pets as 4 months of age and older.
        ii. The certificate must prove the pet has been vaccinated against rabies no more than one year and no less than 30 days prior to international travel. If a pet received a rabies booster less than 30 days before an international flight, proof of the prior rabies shot is required
        iii. Each country has vaccination requirements beyond rabies. Consulates can provide more information regarding other diseases for which your pet must be vaccinated.

        NOTE: Puppies and kittens do not require a vaccination certificate as stated above; however, the pet must be in good health.

    c) Large enough to allow the animal to stand up and turn around and to lie in a natural position.

C. Wheelchairs – In compliance with federal law, wheelchairs or other types of mobility devices are accepted as checked baggage in addition to the passenger's baggage allowance at no additional charge. Some passengers may have more than one device to check. There is no additional fee.

The wheelchair is carried in the cargo compartment of the aircraft and is subject to the liability described in Rule 230 - *Claim Limits And Procedures*. Refer to www.FlyFrontier.com for more information regarding the carriage of wheelchairs.

Some types of aircraft flown by Frontier and regional affiliates cannot accommodate wheelchair stowage in the cabin. Two types of aircraft that can accept wheelchairs can accept the following types: manually powered, collapsible or non-collapsible, and electric-powered with spillable or non-spillable batteries. The two types of aircraft that can accept wheelchairs have the following requirements:

1) Airbus aircraft (319, 320) can accommodate one wheelchair in the cabin of the aircraft on a first-come, first-served basis.

**Rule 195 - Conditions and Charges for Special Items**     Pg. 24 of 39

Uncontrolled copy when downloaded or printed.
Refer to the Controlled Document Library for the most current version of this document

# FRONTIER
## CONTRACT OF CARRIAGE

Rev 50 12/15/13

   a) The device may not exceed a height of 40 inches, a length of 50 inches, a width of 13 inches, and must weigh no more than 70 pounds. A larger device is accepted provided it collapses or folds to meet the maximum dimensions.
   b) The device is placed and stowed in the last row of seats and will be brought to the front of the aircraft after all the other passengers have deplaned.
2) ERJ-190 aircraft can accommodate one wheelchair in the cabin of the aircraft on a first-come, first-served basis.
   a) The device may not exceed the following dimensions: 13 inches by 36 inches by 42 inches and must weigh no more than 90 pounds. A larger device is accepted provided it collapses or folds to meet the maximum dimensions.
   b) The device is placed and stowed between the forward bulkhead and Row 1 aircraft right and the passenger can receive the wheelchair at arrival after all the other passengers have deplaned.
   c) If the device is battery powered, the battery must be removed, placed in a wheelchair battery box, and stowed in the cargo compartment.

D. Human Remains – May be transported under certain conditions as follows:
   1) Crematory remains (human or animal) may be transported as carry-on or checked baggage.
      a) The container must be made of a material such as wood or plastic that can be successfully screened by the Transportation Security Administration (TSA).
      b) TSA will not open the container under any circumstances.
      c) If the container cannot be screened, it will not be allowed.
      d) If the urn is checked, it must be sufficiently packaged in a well-insulated and sturdy container. If the urn is carried on, it must meet carry-on baggage dimensions. Refer to _Rule 220 - Baggage Allowance_
   2) Human remains in caskets are not accepted.

E. Dry Ice (Carbon Dioxide, solid) – May be transported under certain conditions as follows:
   1) A maximum of 5.5 lbs of dry ice per passenger is accepted in checked or carry-on baggage.
   2) The cooler or package must permit the release of carbon dioxide gas. Styrofoam containers are not accepted.
   3) Dry ice in checked baggage is subject to a special handling fee of $50 in addition to any other applicable baggage fees.

F. Bicycle - May be transported under certain conditions as follows:
   1) Bicycles must have the handlebars fixed sideways and the pedals removed and encased in a protective, durable case or box.
   2) Pedals do not need to be removed if wrapped in plastic foam or similar material.
   3) Frontier is only liable for damage if the bicycle is packaged in a hard-sided case.
   4) A $75 fee applies for each bicycle checked as baggage. The fee applies for tickets purchased on or after December 15, 2013 for travel on or after June 13, 2014.

Uncontrolled copy when downloaded or printed. Refer to the Controlled Document Library for the most current version of this document.

# FRONTIER
## CONTRACT OF CARRIAGE

Rev 50 12/15/13

## Rule 205 - Checked Baggage and Carry-On Baggage

A. Checked Baggage – The Airline will check a passenger's baggage subject to the conditions specified below:
   1) Minimum cut-off times:
      a. For domestic flights, check-in must be completed at least 45 minutes prior to departure.
      b. For international flights, check-in must be completed at least 60 minutes prior to departure.
   2) Baggage must be checked at the airport prior to the minimum cut-off time. Due to government regulations that require 100% baggage screening, a passenger checking baggage at a ticket counter after the minimum cut-off time prior to the flight's departure may be denied boarding.
   3) The passenger's name, address, and telephone number must appear on the baggage.
   4) The Transportation Security Administration (TSA) website contains a list of items that passengers are not permitted to check in baggage. Visit www.tsa.gov for a complete list of Prohibited Items.

B. Carry-On Baggage
   1) TSA limits carry-on items to one bag plus one smaller personal item per passenger. Refer to _Rule 220 - Baggage Allowance_.
   2) TSA's website contains a list of items that passengers are not permitted to carry on board an aircraft. Visit www.tsa.gov for a complete list of Prohibited Items.
   3) The passenger is responsible for all items brought on board the aircraft. Items must be stored under a seat or in the overhead compartment approved for carriage of such baggage.
      a) Portable Electronic Devices – All electronic devices must be turned off and stowed for taxi, take-off, and landing. To avoid disturbances to the aircraft's electronic navigation equipment, certain portable electronic devices that receive and transmit an electronic signal cannot be used onboard the aircraft at any time. Devices that have an airplane-safe mode or do not transmit an electronic signal may be used onboard the aircraft once the flight attendant has confirmed that it is safe to use them.

         EXCEPTION: It is permissible to use cellular and mobile phones and paging devices on the aircraft once the flight attendant has announced that it is safe.

## Rule 215 - Cabin-Seat Baggage

Cargo stowed inside the main cabin of the aircraft and occupying a passenger seat is referred to as Cabin-Seat Baggage or Cargo in the Cabin.

A. Cabin-Seat Baggage – May be transported on flights operated by Frontier, regional affiliates, and Codeshare flights. Cabin-seat baggage is not accepted on flights operated by Great Lakes Aviation. The following restrictions apply:
   1) The Airline charges 100% of the full adult fare for that portion of the trip on which the extra seat is used.
      - Additional baggage cannot be checked in under the Cabin Seat Baggage ticket.
   2) The item needs to be packaged or covered in a manner to avoid possible injury to passengers and crew.
   3) Cabin-seat baggage must be carried aboard the aircraft by the passenger.
   4) The item must fit in the seat without blocking aircraft signage or extending into the aisle and be secured with a seatbelt or other approved method.

Rule 205 - Checked Baggage and Carry-On Baggage    Pg. 26 of 39

Uncontrolled copy when downloaded or printed.
Refer to the Controlled Document Library for the most current version of this document.

# FRONTIER
## CONTRACT OF CARRIAGE

Rev 50 12/15/13

5) Certain seats may not accommodate cabin seat baggage. The Airline will assign seats as appropriate.
   - If the item must be accommodated into a STRETCH seat due to its size or at the passenger's request, the STRETCH seat fee applies.
6) The Airline is not responsible for damage to cabin seat baggage carried in the passenger compartment of the aircraft.
7) Cabin-seat baggage is not included as part of the passenger's baggage allowance and is not subject to excess baggage charges.

## Rule 220 - Baggage Allowance

Standard checked baggage may not exceed 62 inches in linear dimension or weigh more than 50.0 pounds. Additional fees apply to items which exceed size and weight limitations. Refer to *Rule 225 - Excess, Oversize, and Overweight Baggage Charges*.

A. The cost for each checked bag varies by the type of ticket purchased.
   1) Basic Tickets – There is no free baggage allowance included with Basic tickets. Baggage fees apply to each checked bag. Refer to *Rule 225 - Excess, Oversize, and Overweight Baggage Charges*.
   2) Economy Tickets – There is no free baggage allowance included with Economy tickets. Baggage fees apply to each checked bag. Refer to *Rule 225 - Excess, Oversize, and Overweight Baggage Charges*.
   3) Classic Tickets – Passengers receive two free bags for tickets purchased on or before July 20, 2013 for travel on or before January 5, 2014. Passengers receive one free bag for tickets purchased on or after July 21, 2013 for travel on or after January 6, 2014.
   4) Classic Plus Tickets – Passengers receive two free bags for tickets purchased on or before September 30, 2013 for travel on or before March 23, 2014. Passengers receive one free bag for tickets purchased on or after October 1, 2013 for travel on or after March 24, 2014.
   5) EarlyReturns® Summit members traveling with passengers in the same PNR or with immediate family members not in the same PNR may check two bags each at no charge for all types of tickets.
   6) EarlyReturns® Ascent members only may check two bags each at no charge for all types of tickets. Traveling companions whether or not in the same PNR are subject to all baggage fees.
   7) Active duty military personnel, reservists traveling with orders, and military personnel traveling in uniform may check bags at no charge for all types of tickets. This policy is for active duty military personnel only and does not extend to family members or traveling companions.
      NOTE:  Special/Fragile Item fees do apply.
B. Baggage Allowance Exceptions – The following items may be checked or carried on at no charge.
   1) Medical Assistive Devices: Canes, crutches, braces, wheelchairs, etc. There is no limit to the number of mobility aids a passenger may check.
   2) Essential Infant or Child Items: Child restraint devices, car seats, strollers, and diaper bags when the infant is traveling.
C. Carry-On – A passenger may take one piece of carry-on baggage onto the aircraft. A charge may apply for the carry-on bag depending on the ticketed Fare Option.
   1) Airbus Aircraft:

Uncontrolled copy when downloaded or printed
Refer to the Controlled Document Library for the most current version of this document

# FRONTIER
## CONTRACT OF CARRIAGE

Rev 50 12/15/13

- Carry-on Baggage: Maximum dimensions are 10"H x 16"W x 24"L
- Weight: Maximum 35 lbs
- Items which exceed these dimensions or are in excess of the allowance will be gate checked. A gate check fee applies.

2) Embraer Aircraft: The carry-on bag may not exceed dimensions of 11" in height x 16" in width x 24" in length.

EXCEPTION: Refer to *Rule 195 - Conditions and Charges for Special Items* for exceptions.

D. Personal items – In addition to the maximum allowances provided above, each passenger may carry one personal item on board the aircraft without charge.
  1) Personal items must fit underneath the seat in front of the passenger.
  2) Personal Item: Maximum dimensions are 8"H x 14"W x 18"L

## Rule 225 - Excess, Oversize, and Overweight Baggage Charges

All baggage is subject to charges in Paragraphs A, B, and C.

A. Excess Baggage Charges – Baggage in excess of the maximum allowances specified in *Rule 220 - Baggage Allowance* are accepted for transportation only upon payment of charges described below.

| Charges based on ticket purchase date and travel date | Basic & Economy | Classic | Classic Plus | Summit & Ascent |
|---|---|---|---|---|
| 1st Checked item | USD 20 at FlyFrontier.com online check-in USD 25 at airport check-in | Free | Free | Free |
| 2nd item for tickets purchased on or after June 2, 2013 for travel on or after November 14, 2013 | USD 30 | Free | Free | Free |
| 2nd item for tickets purchased on or after July 21, 2013 for travel on or after January 6, 2014 | USD 30 | USD 30 | Free | Free |
| 2nd item for tickets purchased on or after October 1, 2013 for travel on or after March 24, 2014 | USD 30 | USD 30 | USD 30 | Free |
| 3 or more items for tickets purchased on or after February 17, 2013 for travel on or after July 11, 2013* | USD 75 | USD 75 | USD 75 | USD 75 |

* Charge applies per item

B. Oversize – A fee of USD 75 applies to baggage exceeding 62 inches in linear dimension.

C. Overweight – A fee of USD 75 applies to baggage weighing more than 50.0 pounds. Baggage weighing 100.00 pounds or more is not accepted.

Rule 225 - Excess, Oversize, and Overweight Baggage Charges       Pg. 28 of 39

Uncontrolled copy when downloaded or printed
Refer to the Controlled Document Library for the most current version of this document

# FRONTIER
## CONTRACT OF CARRIAGE

Rev 50 12/15/13

3) Processing Fee – A processing fee will be applied and deducted from the refund amount.

## Rule 392 - Returned Check Service Charge

Personal checks not accepted on or after October 28, 2013.

A service charge will be assessed for each returned check. The amount of the service charge is dependent upon which state the check was written in and the amount charged will be the maximum allowed by each respective state. This charge is nonrefundable and is not subject to any discount.

## Rule 394 - Codeshare Service

A portion of travel for some itineraries marketed by Frontier may be provided by a codeshare partner If any carrier other than Frontier is operating a flight sold under the Frontier, the carrier will be identified in schedules and in written or oral communications during the booking process. Except where specifically noted, all terms of transportation applicable to Frontier specified in these conditions of carriage apply to Frontier flights operated by Frontier and to codeshare flights when marketed by Frontier.

Various fees (e.g., change fees, baggage fees) and policies based on aircraft restrictions are dependent on the operating carrier. In the event that the operating carrier's terms differ from anything stated in this Contract of Carriage, the more restrictive set of rules will apply.

Uncontrolled copy when downloaded or printed
Refer to the Controlled Document Library for the most current version of this document