IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____
|
**CHARITY CHIDINMA** |
**EMERONYE SWIFT,** |
|
      **Plaintiff,** | Civil Action No. 1:14-cv-1139
|
   v. | Hon. Judge Anthony J. Trenga
| Hon. Magistrate Judge Ivan D. Davis
**FRONTIER AIRLINES, INC.** |
**(a Colorado corporation),** |
**and JANE DOE,** |
|
      **Defendants.** |
_____|

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT, on Friday, January 9, 2015, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Charity Chidinma Emeronye Swift ("Mrs. Swift"), through her undersigned counsel, will bring on for hearing before this Court her Plaintiff's Motion for Leave of Court to Amend Compliant, filed December 10, 2014.

Mrs. Swift has conferred with counsel for Defendant Frontier Airlines, Inc. regarding the date of a hearing on this motion, and agreement was reached for it to be heard on January 9, 2015.

Dated: December 10, 2014	Respectfully submitted,

*/s/ Stephen Christopher Swift*
Stephen Christopher Swift
Virginia State Bar ID No. 38419
Swift & Swift, Attorneys at Law, P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia  22314-4688
Telephone: (703) 418-0000
Facsimile: (703) 535-8205
E-Mail: steve@swift.law.pro

*Attorney for Plaintiff
Charity Chidinma Emeronye Swift*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on December 10, 2014, I electronically filed the foregoing document with the Clerk of the Court, using the Court's CM/ECF system, which will automatically cause all counsel of record to be served therewith.

*/s/ Stephen Christopher Swift*
Stephen Christopher Swift
