IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CHARITY CHIDINMA             )
EMERONYE SWIFT,              )
                            )
            Plaintiff,       )
v.                          )          Civil Action No.  1:14-cv-1139 (AJT/IDD)
                            )
FRONTIER AIRLINES, INC., *et al.*,   )
                            )
            Defendants.      )
_____)

## ORDER

Presently pending before the Court are defendant Frontier Airline, Inc.'s Motion to

Dismiss Counts III & IV of Plaintiff's Complaint [Doc. No. 10] and the parties' Unopposed

Motion for Continuance of Hearing on Frontier Airline, Inc.'s Motion to Dismiss Counts III &

IV of Plaintiff's Complaint [Doc. No. 30] (the "Motions"). Upon review of the Motions, it

appears to the Court that oral argument would not aid the decisional process and for that reason,

it is hereby

ORDERED that the hearing presently set for Friday, December 12, 2014 at 10:00 a.m.

be, and the same hereby is, CANCELLED and the parties' Unopposed Motion for Continuance

of Hearing on Frontier Airline, Inc.'s Motion to Dismiss Counts III & IV of Plaintiff's

Complaint [Doc. No. 30] is otherwise DENIED. The Court has taken defendant Frontier Airline,

Inc.'s Motion to Dismiss Counts III & IV of Plaintiff's Complaint [Doc. No. 10] under

advisement and will decide the motion without a hearing.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 10, 2014