# MOTION HEARING

Date: __01/09/2015__          Judge: Ivan D. Davis
                              Reporter: FTR
Start: __10:00__              Deputy Clerk: John Williams
Finish: __10:28__

Civil Action Number: __1:14cv1139__

__Swift__

vs.

__Frontier Airlines, Inc.__

Appearance of Counsel for ( X )Pltf  ( X ) Deft
(  ) Matter is Uncontested
Motion to/for:

_____

Argued &
(  ) Granted  (  ) Denied  ( X ) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to

_____

(  ) Report and Recommendation to Follow
( X ) Order to Follow