IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CHARITY CHIDINMA )
EMERONYE SWIFT, )
)
)
)
Plaintiff, )
)
v. ) Civil Action No. 1:14-cv-01139 (AJT/IDD)
)
FRONTIER AIRLINES, INC., *et al.*, )
)
Defendants. )
)

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion for Leave of Court to Amend Complaint [Dkt. No. 31] is **GRANTED in part and DENIED in part**. The Motion is granted as to adding Count V (Breach of Contract of Carriage) to the Complaint, and denied as to adding Count VI (False Imprisonment). Plaintiff shall promptly file an Amended Complaint with the Clerk of the Court, which shall be deemed filed as of the date of this Order.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 9th day of January 2015.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge