# EXHIBIT

# B

```
FRONTIER.
 A I R L I N E S
NAME EMERONYE/CHARIT
DATE 04SEP
FQTV
FLIGHT 272
ET1 422 7298187068

   GATE           SEAT
    1              5A

SEQ111 DEP BZN 0223P
          ARR DEN 0405P
BOARDING TIME 158P
          ZONE 2
```

```
FRONTIER.
 A I R L I N E S
NAME SWIFT/STEPHEN
DATE 04SEP
FQTV
FLIGHT 272
ET1 425 7298187068

   GATE           SEAT
    1              5B

SEQ112 DEP BZN 0233P
          ARR DEN 0405P
BOARDING TIME 158P
          ZONE 2
```