# EXHIBIT

# C

**FRONTIER**
AIRLINES
NAME EMERONYE/CHARIT
DATE 04SEP
FQTV
FLIGHT 720
ET2 422 7298187065

GATE     SEAT
A38      10A

SEQ166 DEP DEN 0440P
       ARR DCA 0955P
BOARDING TIME 405P
         ZONE 2

**FRONTIER**
AIRLINES
NAME SWIFT/STEPHEN
DATE 04SEP
FQTV
FLIGHT 720
ET2 422 7298187066

GATE     SEAT
A38      10B

SEQ167 DEP DEN 0440P
       ARR DCA 0955P
BOARDING TIME 405P
         ZONE 2