# EXHIBIT

# D

**UNITED**

NAME: SWIFT/STEPHEN
DATE: 29AUG
FF#:
GPL6XP
B1 638221
FLIGHT: UA 6477Y
GATE: **B87**
SEAT: 7C
BOARDING GROUP: 3
01672981870674
BZN  ETICKET
**BOARDING PASS**

NAME: SWIFT/STEPHEN        99
DATE: 29AUG               99
FF#:
MILEAGE:
FLIGHT: UA 6477Y
GATE: **B87** SEAT: 7C
DEPART: 955P
DENVER
ARRIVE: 1136P
BOZEMAN
BOARD TIME: 920P
01672981870674
A STAR ALLIANCE MEMBER

---

**UNITED**

NAME: EMERONYE/CHARITY
DATE: 29AUG
FF#:
GPL6XP
B1 637977
FLIGHT: UA 6477Y
GATE: **B87**
SEAT: 7D
BOARDING GROUP: 3
01672981870663
BZN  ETICKET
**BOARDING PASS**

NAME: EMERONYE/CHARI        98
DATE: 29AUG               98
FF#:
MILEAGE:
FLIGHT: UA 6477Y
GATE: **B87** SEAT: 7D
DEPART: 955P
DENVER
ARRIVE: 1136P
BOZEMAN
BOARD TIME: 920P
01672981870663
A STAR ALLIANCE MEMBER