IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT, | |
| Plaintiff, | Civil Action No. 1:14-cv-1139 |
| v. | Hon. Anthony J. Trenga |
|  | Hon. Magistrate Judge Ivan D. Davis |
| FRONTIER AIRLINES, INC. (a Colorado corporation), and JANE DOE, | |
| Defendants. | |

## PLAINTIFF'S MOTION TO EXTEND TIME FOR OBJECTING TO DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

Plaintiff Charity Chidinma Emeronye Swift ("Mrs. Swift"), through her undersigned attorney, pursuant to Rule 26(C) of the Local Civil Rules, moves this Court for an extension of time until January 20, 2015 for making objections to Defendant Frontier Airlines, Inc.'s First Set of Interrogatories to Plaintiff and Defendant Frontier Airlines, Inc.'s First Set of Requests for Production of Documents and Other Things to Plaintiff, for reasons set forth in the memorandum submitted herewith. Mrs. Swift' counsel has conferred with counsel for Frontier Airlines, Inc., but they have not consented to this motion.

Dated: January 20, 2014             Respectfully submitted,

                                               */s/ Stephen Christopher Swift*
                                               Stephen Christopher Swift
                                               Virginia State Bar ID No. 38419
                                               Swift & Swift, Attorneys at Law, P.L.L.C.
                                               2121 Eisenhower Avenue, Suite 200
                                               Alexandria, Virginia  22314-4688
                                               Telephone: (703) 418-0000
                                               Facsimile: (703) 535-8205
                                               E-Mail: steve@swift.law.pro

                                               *Attorney for Plaintiff*
                                               *Charity Chidinma Emeronye Swift*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on January 20, 2014, I electronically filed the foregoing document with the Clerk of the Court, using the Court's CM/ECF system, which will automatically cause all counsel of record to be served therewith.

              */s/ Stephen Christopher Swift*
              Stephen Christopher Swift