## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT, | &#124; | |
| | &#124; | |
| Plaintiff, | &#124; | Civil Action No. 1:14-cv-1139 |
| | &#124; | |
| v. | &#124; | Hon. Judge Anthony J. Trenga |
| | &#124; | Hon. Magistrate Judge Ivan D. Davis |
| FRONTIER AIRLINES, INC. (a Colorado corporation), and JANE DOE, | &#124; | |
| | &#124; | |
| Defendants. | &#124; | |

### [PROPOSED] ORDER

Upon consideration of the PLAINTIFF'S MOTION TO EXTEND TIME FOR

OBJECTING TO DEFENDANT'S INTERROGATORIES AND REQUESTS FOR

PRODUCTION, and good cause appearing therefor, it is this _____ day of _____,

2015, by the United States District Court for the Eastern District of Virginia:

ORDERED, that said motion is granted, and the Plaintiff is retroactively granted an

extension of time until January 20, 2015 to serve the objections included in her responses to

Defendant Frontier Airlines, Inc.'s First Set of Interrogatories to Plaintiff and Defendant Frontier

Airlines, Inc.'s First Set of Requests for Production of Documents and Other Things to Plaintiff.


_____
Ivan D. Davis
United States Magistrate Judge