# EXHIBIT

# B



**FRONTIER**
AIRLINES
NAME EMERONYE/CHARIT
DATE 04SEP
FQTV
FLIGHT 272
ET1 422 7298187068

GATE        SEAT
  1          5A

SEQ111 DEP BZN 0223P
         ARR DEN 0405P
BOARDING TIME 158P
         ZONE 2

**FRONTIER**
AIRLINES
NAME SWIFT/STEPHEN
DATE 04SEP
FQTV
FLIGHT 272
ET1 425 7298187068

GATE        SEAT
  1          5B

SEQ112 DEP BZN 0223P
         ARR DEN 0405P
BOARDING TIME 158P
         ZONE 2