# EXHIBIT

# D

**UNITED**

NAME: SWIFT/STEPHEN
DATE: 29AUG
FF#:
GPL6XP
FLIGHT: UA 6477Y
GATE: **B87**　　　SEAT: 7C
BOARDING GROUP: **3**
01672981870674
BZN ETICKET　**BOARDING PASS**

B1 638221　　99

NAME: SWIFT/STEPHEN
DATE: 29AUG　　99
FF#:
MILEAGE:
FLIGHT: UA 6477Y
GATE: **B87** SEAT: 7C
DEPART: 955P
DENVER
ARRIVE: 1136P
BOZEMAN
BOARD TIME: 920P
01672981870674
A STAR ALLIANCE MEMBER

---

**UNITED**

NAME: EMERONYE/CHARITY
DATE: 29AUG
FF#:
GPL6XP
FLIGHT: UA 6477Y
GATE: **B87**　　　SEAT: 7D
BOARDING GROUP: **3**
01672981870663
BZN ETICKET　**BOARDING PASS**

B1 637977　　98

NAME: EMERONYE/CHARI
DATE: 29AUG　　98
FF#:
MILEAGE:
FLIGHT: UA 6477Y
GATE: **B87** SEAT: 7D
DEPART: 955P
DENVER
ARRIVE: 1136P
BOZEMAN
BOARD TIME: 920P
01672981870663
A STAR ALLIANCE MEMBER