# EXHIBIT

# F



Plan and Book   Manage Travel   Ways to Save   Travel Information

# Travel Information

### Baggage

- Carry-on Baggage
- Checked Baggage
- Special/Fragile Items
- Firearms & Ammunition
- Damaged/Lost Baggage

Carry-On Baggage

Learn all about our carry-on baggage policies and requirements by selecting from the links below.

*Save Money by checking your bag — your 1st checked bag is cheaper than a carry-on bag!*

**Carry-On Baggage Allowances**

**Carry-On Bag Fees and Policies**

**Personal Item Policies**

**Exempted Items**

**TSA Carry-On Regulations**

### Carry-On Baggage Allowances

*Everyone, regardless of your Fare Option, is allowed to carry on one personal item for free.*

*To take a larger carry-on bag, you always pay our lowest fees at the time of purchase on FlyFrontier.com!*

Frontier offers two **Fare Options** that give you the ability to purchase travel that includes the amenities you need or want. **Classic Plus** fares include one carry-on bag and one personal item. **Economy** fares must pay a fee to take a carry-on bag on all domestic and international itineraries. This fee varies based on the point of purchase and is waived for Ascent and Summit level members of *EarlyReturns*.

Read below to learn more about **Carry-On Bag** and **Personal Item** requirements. We also allow all passengers to carry **Exempted Items** on our flights for free that do not count toward the carry-on allowance.

## Carry-On Bag Fees and Policies

<u>Carry-On Fees</u>

Carry-On Baggage Fees vary based on the type of **Fare Option** you purchase and for *EarlyReturns* members with **Summit** and **Ascent** level status. Carry-On Bag fees also vary based on the point where a carry-on bag is purchased.

*For tickets purchased on or after April 28, 2014.*

The table below outlines our carry-on baggage fees for one-way directional travel wholly on Frontier Airlines for tickets purchased on or after **April 28, 2014**. For tickets purchased prior to **April 27, 2014**, please see the chart below.

| Carry-On Bag Point of Purchase | Standard | Classic Plus | Summit/Ascent |
|---|---|---|---|
| **FlyFrontier.com — at time of initial travel purchase** | $25 Frontier's Discount Den members pay only $20 | Free | Free |
| **FlyFrontier.com — when Managing existing Reservations prior to travel** | $25 | Free | Free |
| **Frontier Reservations Call Centers — at time of initial travel purchase** | $25 | Free | Free |
| **FlyFrontier.com — during online check-in** | $30 | Free | Free |
| **Frontier Reservations Call Centers — when Managing existing Reservations prior to travel** | $35 | Free | Free |
| **Airport check-in — available** | $35 | Free | Free |

| | | | |
|---|---|---|---|
| at ticket counter or self-service kiosk | | | |
| **Airport departure gate*** | $50 | Free | Free |

* If you are on an Economy Fare and arrive at the gate with a carry-on bag that exceeds the allowable dimensions (10" height x 16 width x 24" length), you will be charged $50 to gate check the bag. If you are on a Classic Plus Fare Option or if you are an Ascent or Summit level member of EarlyReturns and arrive at the gate with a carry-on bag that exceeds the allowable dimensions, you will be charged $35 to gate check the bag.

Note: Active duty military personnel with ID (not including family members or traveling companions) will not be assessed carry-on bag fees.

Standard *EarlyReturns* Award Redemption Tickets have the same baggage allowance and fees as Economy Fares. CHOICE and Last Seat Available *EarlyReturns* Award Redemption Tickets have the same baggage allowance and fees as Classic Plus Fares.

Note: All fees for a carry-on bag are non-refundable once paid, even if you later decide not to take a carry-on bag.

### For tickets purchased prior to April 27, 2014

The table below outlines our carry-on baggage fees for one-way directional travel wholly on Frontier Airlines for tickets purchased prior to **April 27, 2014**.

Carry-On Bag fees vary based on the point where a carry-on bag is purchased.

| Point of Purchase for Domestic and International Travel | Classic Plus | Economy | Summit / Ascent |
|---|---|---|---|
| **FlyFrontier.com — available when managing a booking at My Flights or during online check-in** | Free | Free | Free |
| **Frontier Reservations Call Centers** | Free | Free | Free |
| **Airport check-in — available at ticket counter or self-service kiosk** | Free | Free | Free |

— 3 —

| Airport departure gate* | Free | Free | Free |

\* *Any customer on an Economy, Classic, or Classic Plus Fare Option and any Ascent or Summit level member of EarlyReturns who arrives at the gate with a carry-on bag that exceeds the allowable dimensions will be charged $35 to gate check the bag.*

*Note: Active duty military personnel with ID (not including family members or traveling companions) will not be assessed carry-on bag fees.*

Standard *EarlyReturns* Award Redemption Tickets have the same baggage allowance and fees as Economy Fares. CHOICE and Last Seat Available *EarlyReturns* Award Redemption Tickets have the same baggage allowance and fees as Classic Plus Fares.

Note: All fees for a carry-on bag are non-refundable once paid, even if you later decide not to take a carry-on bag.

Sizes and Restrictions



A carry-on bag must not exceed 10" height x 16" width x 24" length, inclusive of all handles, wheels, and straps, and the bag can't weigh more than 35 pounds. A carry-on bag must fit underneath the seat or in an enclosed overhead bin.

If you have an **Economy Fare** and arrive at the gate with a carry-on bag that exceeds the allowable dimensions (10" height x 16" width x 24" length), you will be charged $50 to gate check the bag.

If you have a **Classic Plus** Fare or if are an Ascent or Summit level member of *EarlyReturns* and arrive at the gate with a carry-on bag that exceeds the allowable dimensions, you will be charged $35 to gate check the bag.

All carry-on baggage is subject to inspection by airport security and our personnel. We recommend that you put your name and contact information on each carry-on item.

**Personal Item Policies**

—4—

### Allowance

Everyone is allowed to take one personal item onboard every Frontier flight on any **Fare Option** with no additional fee.

### Sizes and Restrictions



You may carry-on one personal item that fits under the seat. This item must not exceed 18" x 14" x 8" in dimension, inclusive of all handles, wheels, and straps.

Personal items include:

- Handbag, purse, or pocketbook
- Backpack
- Briefcase
- Laptop computer, with or without a bag

All personal items are subject to inspection by airport security and our personnel.

## Exempted Items

A few items may be allowed to be carried on a flight for free by all passengers in addition to their one personal item. These items include:

- Assistive devices for qualified passengers with special needs
- Canes, crutches, braces, Portable Oxygen Concentrators, respiratory devices or other assistive devices
- A coat or wrap
- Infant/child diaper bag
- Infant/child safety seat used to transport an infant/child (if the child has a ticket and will be using the seat in flight, it must be an FAA approved safety seat)**
- A reasonable amount of reading material
- A foot rug (3' x 2' maximum) for use during prayer

*\*\*Approved car seats with a Federal Aviation Administration (FAA) red label stating: "This restraint device is approved for motor vehicle and aircraft use" are allowed on the aircraft. The approved seat should be no wider than 16 inches to fit in most seats. Strollers may be used to transport the child to the gate but will then be gate checked in the departing city. The stroller will be returned to the gate at your final destination.*

## TSA Carry-On Regulations

We're bound by some legal rules regarding carry-on bags. As stated by the Transportation Security Administration (TSA), "Prohibited items are weapons, explosives, incendiaries, and include items that

are seemingly harmless but may be used as weapons — the so-called 'dual use' items. You may not bring these items to security checkpoints without authorization."

Review a list provided by the TSA of permitted and prohibited items which may be included in carry-on baggage.

Review the 3-1-1 Liquids Rule.

**FRONTIER**

Optional Fees | Terms of Use | Privacy | Contract of Carriage | Sitemap | Contact Us
FLYFRONTIER

Copyright 2014 Frontier Airlines

-6-