# EXHIBIT G



  Plan and Book   Manage Travel   Ways to Save   Travel Information

## Plan and Book

Fees below apply to travel through April 27, 2014. Information for tickets purchased on or after April 28, 2014 can be found here.

### FARE OPTIONS

Select the level of flexibility and amenities that best suit your travel needs. Our Fare Options are available on all Frontier flights.

### EARLYRETURNS® TIERS

When you fly Frontier regularly, we reward your loyalty with valuable amenities.

| Available on all Frontier Flights | CLASSIC PLUS (Available at FLYFRONTIER.COM) Includes STRETCH seating, 1 checked bag, beverage, and fully refundable fare | CLASSIC (Available at FLYFRONTIER.COM) Includes STRETCH seating, 1 checked bag, and beverage | ECONOMY Our lowest fare booked at FLYFRONTIER.COM | BASIC Our lowest fare booked through other travel agencies | SUMMIT 25,000 miles or 30 segments annually | ASCENT 15,000 miles or 20 segments annually |
|---|---|---|---|---|---|---|
| Free Advanced Seat Assignment | STRETCH Seating | STRETCH Seating | STANDARD Seating | Seats assigned at check-in | STRETCH Seating | SELECT Seating |
| STRETCH Seating Upgrade (limited by capacity and availability) | $0 Eligible at purchase or at check-in | from $0 Eligible at purchase or at check-in | from $15* Eligible at purchase or at check-in | from $15* Eligible at purchase or at check-in | $0 Eligible at purchase or at check-in | $0 Eligible at check-in (follows fare option for advance assignment) |
| Advanced SELECT Seating Upgrade (limited by capacity and availability) | $0 | $0 | $5 | $15 Through Manage Reservations | $0 Eligible at purchase or at check-in | $0 Eligible at purchase or at check-in |
| Advanced STANDARD Seating Upgrade (limited by capacity and availability) | $0 | $0 | $0 | $8 Through Manage Reservations | $0 Eligible at purchase or at check-in | $0 Eligible at purchase or at check-in |
| Fully Refundable Fare | ✓ | | | | Follows fare option purchased | Follows fare option purchased |
| Priority Services (check-in, security access, and boarding where available) | ✓ | ✓ | | | ✓ | ✓ |
| On-board Beverages | ✓ Unlimited non-alcoholic drinks and one alcoholic drink | ✓ Unlimited non-alcoholic drinks and one alcoholic drink | From $1.99 | From $1.99 | ✓ Unlimited non-alcoholic and alcoholic drinks | ✓ Unlimited non-alcoholic drinks |
| 1st Checked Bag | ✓ | ✓ | $20 at check-in on FlyFrontier.com / $25 for check-in at airport | $20 at check-in on FlyFrontier.com / $25 for check-in at airport | ✓ | ✓ |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2nd Checked Bag | $30 | $30 | $30 | $30 | ✓ | ✓ |
| Carry-On Bag | ✓ | ✓ | ✓ | $0 for all tickets purchased through August 5, 2013<br><br>$25-$100** for all tickets purchased on or after August 6, 2013 | ✓ | ✓ |
| Personal Item | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Same-day Standby | ✓ | ✓ | | | ✓ | ✓ |
| Itinerary Change Fee (made prior to day of travel, fare difference may apply) | $0 | $0 for tickets purchased through July 7, 2013<br><br>$25 for tickets purchased on or after July 8, 2013, through Sept. 30, 2013<br><br>$75 for tickets purchased on or after Oct. 1, 2013 | $50 for tickets purchased through July 7, 2013<br><br>$75 for tickets purchased on or after July 8, 2013 | $100 for tickets purchased through July 7, 2013<br><br>$125 for tickets purchased on or after July 8, 2013 | $0 | Follows fare option purchased |
| Confirmed Alternate Flight Change (made on same day of travel) | $0 | $25 | $50 | $100 | $0 | Follows fare option purchased |
| Name Change Fee (plus fare difference if applicable) | $0 | $0 for tickets purchased through Sept. 30, 2013<br><br>$50 for tickets purchased on or after Oct. 1, 2013 | $50 | $100 | $0 | Follows fare option purchased |
| Unaccompanied Minor Fee | $100 | $100 | $100 | $150 | $0 | $0 |
| Pet In Cabin Fee | $75 | $75 | $75 | $125 | Follows fare option purchased | Follows fare option purchased |
| EarlyReturns® Mileage Credit / Elite Qualification Miles | 150% | 150% | 100% | 25% | 50% BONUS on all fare options [1,2] | 25% BONUS on all fare options [1,2] |

\* Price listed is per segment.

\*\* Price varies depending upon point of purchase: $25 at FlyFrontier.com, $35 through Frontier's Reservation Call Centers, $50 at airport check-in counters and kiosks, and $100 at the airport gate.

[1] Ascent and Summit members receive 100% of mileage credit when purchasing the Basic Fare plus applicable bonus miles.
[2] Ascent and Summit bonus miles do not count toward elite status qualification.




| Available on Great Lakes Codeshare Flights | Available at FLYFRONTIER.COM | | | | QUALIFICATION LEVELS | |
|---|---|---|---|---|---|---|
| | CLASSIC PLUS | CLASSIC | ECONOMY | BASIC | SUMMIT | ASCENT |
| | Fully Refundable fare with over $175 in value above our Economy fare | Over $100 in value above our Economy fare | Our lowest fare booked at FLYFRONTIER.COM | Our lowest fare booked through other travel agencies | 25,000 miles or 30 segments annually | 15,000 miles or 20 segments annually |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fully Refundable Fare | ✓ | | | | Follows fare option purchased | Follows fare option purchased |
| 1st Checked Bag | ✓ | ✓ | $20 at check-in on FlyFrontier.com / $25 for check-in at airport | $20 at check-in on FlyFrontier.com / $25 for check-in at airport | ✓ | ✓ |
| 2nd Checked Bag | $30 | $30 | $30 | $30 | ✓ | ✓ |
| Carry-On Bag | ✓ | ✓ | ✓ | $0 for all tickets purchased through August 5, 2013<br><br>$25-$100** for all tickets purchased on or after August 6, 2013 | ✓ | ✓ |
| Personal Item | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Same-day Standby | ✓ | ✓ | | | ✓ | ✓ |
| Itinerary Change Fee (made prior to day of travel, fare difference may apply) | $0 | $0 for tickets purchased through July 7, 2013<br><br>$25 for tickets purchased on or after July 8, 2013 through Sept. 30, 2013<br><br>$75 for tickets purchased on or after Oct. 1, 2013 | $50 for tickets purchased through July 7, 2013<br><br>$75 for tickets purchased on or after July 8, 2013 | $100 for tickets purchased through July 7, 2013<br><br>$125 for tickets purchased on or after July 8, 2013 | $0 | Follows fare option purchased |
| Confirmed Alternate Flight Change (made on same day of travel) | $0 | $25 | $50 | $100 | $0 | Follows fare option purchased |
| Name Change Fee (plus fare difference if applicable) | $0 | $0 for tickets purchased through Sept. 30, 2013<br><br>$50 for all tickets purchased on or after Oct. 1, 2013 | $50 | $100 | $0 | Follows fare option purchased |
| Unaccompanied Minor Fee | $100 | $100 | $100 | $150 | $0 | $0 |
| Pet In Cabin Fee | $75 | $75 | $75 | $125 | Follows fare option purchased | Follows fare option purchased |
| EarlyReturns® Mileage Credit / Elite Qualification Miles | 150% | 150% | 100% | 25% | 50% BONUS on all fare options [1,2] | 25% BONUS on all fare options [1,2] |

** Price varies depending upon point of purchase: $25 at FlyFrontier.com, $35 through Frontier's Reservation Call Centers, $50 at airport check-in counters and kiosks, and $100 at the airport gate.

[1] Ascent and Summit members receive 100% of mileage credit when purchasing the Basic Fare plus applicable bonus miles.
[2] Ascent and Summit bonus miles do not count toward elite status qualification.



| FREQUENT FLYER | CUSTOMER SERVICE | PROGRAMS & SERVICES | CAREERS | WHO WE ARE |
|---|---|---|---|---|
| My Account | Customer Commitment | Corporate Programs | Ongoing Opportunities | Company Profile |
| How It Works | Lost and Found | Groups & Charters | Why Frontier | Corporate Responsibility |
| Get Miles | FAQs | Frontier Cards | About the Process | Press Kit |
| Use Your Miles | Contact Us | Travel Agents | Benefits | Our Fleet |
| Hot Offers | | | Our Culture | |
| Join EarlyReturns | | | | |



Sign up today and get savings on top of savings!

[          ] SUBSCRIBE

Optional Fees  |  Terms of Use  |  Privacy  |  Contract of Carriage  |  Sitemap  |  Contact Us          FLYFRONTIER 

Copyright 2014 Frontier Airlines