**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| **Plaintiff,** | **Civil Action No. 1:14-CV-1139** |
| **v.** | **Hon. Judge Anthony J. Trenga** |
| | **Hon. Magistrate Judge Ivan D. Davis** |
| **FRONTIER AIRLINES, INC. (a Colorado corporation), and JANE DOE,** | |
| **Defendants.** | |

**FRONTIER AIRLINES, INC.'S MOTION TO ENFORCE
THE SETTLEMENT AGREEMENT AND FOR OTHER RELIEF**

Defendant Frontier Airlines, Inc. ("Frontier"), by counsel and pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 7(e), moves this Court to enforce the Settlement Agreement reached between the parties, dismiss the case in its entirety and with prejudice, and award to Frontier all costs and fees incurred in bringing this motion.

Plaintiff and Frontier reached a complete settlement agreement regarding this litigation. The terms and conditions of that agreement are not disputed and can be determined by this Court. For the reasons more fully set forth in the accompanying memorandum of law, Frontier's Motion to Enforce the Settlement is warranted.

Dated: January 26, 2015                    Respectfully submitted,


/s/ _____
Sarah E. Moffett (VA Bar No. 72208)
LeClairRyan, A Professional Corporation

2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5930
Facsimile:  (703) 647-5980
Email:  sarah.moffett@leclairryan.com

- and –

Paula L. Wegman (admitted *pro hac vice*)
Steven L. Boldt (*admitted pro hac vice*)
ADLER MURPHY & MCQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
Facsimile:  (312) 345-9860
Email: sboldt@amm-law.com
Email: pwegman@amm-law.com

**Attorneys for Frontier Airlines, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that, on January 26, 2015, I served the following via U.S. Mail, postage

prepaid, and via electronic case filing:

Stephen Swift, Esq.
Swift & Swift, Attorneys at Law, P.L.L.C.
21 Eisenhower Avenue
Suite 200
Alexandria, VA 22314

*/s/*_____
Sarah E. Moffett

2