IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| Plaintiff, | Civil Action No. 1:14-CV-1139 |
| v. | Hon. Judge Anthony J. Trenga<br>Hon. Magistrate Judge Ivan D. Davis |
| **FRONTIER AIRLINES, INC. (a Colorado corporation), and JANE DOE,** | |
| Defendants. | |

## ORDER

Upon consideration of the Defendant Frontier Airlines, Inc.'s ("Frontier") Motion to Enforce the Settlement Agreement and Other Relief, the accompanying Memorandum of Law, any response thereto, and the entire record herein, it is hereby

ORDERED that Frontier's Motion to Enforce the Settlement Agreement is GRANTED in full; and it is further

ORDERED that the Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE; and it is further

ORDERED that Frontier's counsel will provide to the Court for approval an affidavit of their reasonable attorney's fees, costs, and expenses incurred to prepare and file this Motion and supporting documentation, and, to the extent necessary, file a reply brief and/or appear for oral argument, within seven (7) business days for approval.

Dated: February ___, 2015

_____
United States District Court Judge