## Paula L. Wegman

| | |
|---|---|
| From: | Paula L. Wegman |
| Sent: | Friday, January 09, 2015 12:31 PM |
| To: | steve@swift.law.pro |
| Cc: | Sarah E. Moffett; douglas.amster@leclairryan.com; charity@swift.law.pro; Maiko U. Davidson; Rita M. Siwinski; Steven L. Boldt |
| Subject: | Re: Swift v. Frontier Airlines, et al., AMM 14AZ0260 |

Dear Mr. Swift, please let this confirm that plaintiff, Ms. Charity Swift, has agreed to release and dismiss all her claims against Frontier, as more fully set forth in her complaint, in exchange for             The settlement terms include confidentiality. We will forward a Release and Settlement agreement to you early next week.

My thanks to both you and Charity for your time today.  It was a pleasure meeting you both in person.  Have a good weekend.

Paula Wegman



EXHIBIT A