# Paula L. Wegman

**From:** Stephen Christopher Swift <steve@swift.law.pro>
**Sent:** Tuesday, January 13, 2015 5:46 PM
**To:** Paula L. Wegman
**Cc:** Charity C. Emeronye Swift
**Subject:** RE: Swift v. Frontier Airlines, et al., AMM 14AZ0260

Dear Paula:

Although the document that you e-mailed to us is entitled CONFIDENTIAL FULL RELEASE AND **SETTLEMENT AGREEMENT**, and an agreement requires two parties to make it, there is only space for Charity to sign, and no space is provided for any of the "Released Parties" to sign, even though it says that they are agreeing to pay and send her a check for          Could you please add a line for a Frontier Airlines, Inc. officer/agent who has a binding authority to sign? We were hoping that your client will sign their part and send it to us for Charity to sign. As soon as we receive this, we will do our part and return it to you.

Sincerely,

Stephen Christopher Swift
Swift & Swift, Attorneys at Law, P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia  22314-4688

Telephone: (703) 418-0000
Facsimile: (703) 535-8205
E-Mail: steve@swift.law.pro
Website: swift.law.pro

This e-mail message from Swift & Swift, Attorneys at Law, P.L.L.C. is intended only for named recipients.  It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law.  If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited.  Please notify us immediately at webmaster@swift.law.pro that you have received this message in error, and delete this message.  Thank you.

---

**From:** Paula L. Wegman [mailto:pwegman@AMM-LAW.com]
**Sent:** Monday, January 12, 2015 5:20 PM
**To:** steve@swift.law.pro
**Cc:** Sarah E. Moffett; douglas.amster@leclairryan.com; charity@swift.law.pro; Maiko U. Davidson; Rita M. Siwinski; Steven L. Boldt
**Subject:** RE: Swift v. Frontier Airlines, et al., AMM 14AZ0260

Dear Mr. Swift,

As mentioned below, attached please find a Release and Settlement Agreement. The settlement check will be requested upon receipt of a signed and notarized copy. (pdf with hard copy to follow via U.S. Mail is fine.)  Feel free to contact me with any questions.

Thanks.



1