# Paula L. Wegman

| | |
|---|---|
| From: | Stephen Christopher Swift <steve@swift.law.pro> |
| Sent: | Wednesday, January 14, 2015 10:36 AM |
| To: | Paula L. Wegman |
| Cc: | Charity C. Emeronye Swift |
| Subject: | Re: Settlement Agreement |

Dear Paula:

As Charity's attorney, I have now had the time to fully and properly evaluate her case after Judge Davis' decision to allow her to partly amend her complaint. On the basis on my review, I have advised my client that she should not go ahead with the agreement at this time, because the settlement is not fair and not in her best interest, and she has accepted my advice. In view of this, we are not prepared to settle at this time for

We regret the inconvenience this may cause you, but as her counsel I believe that I am obligated to do this.

Sincerely,

Stephen Christopher Swift
Swift & Swift, Attorneys at Law, P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia 22314-4688

Telephone: (703) 418-0000
Facsimile: (703) 535-8205
E-Mail: steve@swift.law.pro
Website: swift.law.pro

This e-mail message from Swift & Swift, Attorneys at Law, P.L.L.C. is intended only for named recipients. It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. Please notify us immediately at webmaster@swift.law.pro that you have received this message in error, and delete this message. Thank you.



EXHIBIT D