IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARITY CHIDINMA<br>EMERONYE SWIFT, | |
| **Plaintiff,** | Civil Action No. 1:14-CV-1139 |
| v. | Hon. Judge Anthony J. Trenga<br>Hon. Magistrate Judge Ivan D. Davis |
| FRONTIER AIRLINES, INC. (a Colorado<br>corporation), and JANE DOE, | |
| **Defendants.** | |

## NOTICE OF HEARING

Please take notice that Defendant Frontier Airlines, Inc. ("Frontier") will bring for hearing its Motion to Enforce the Settlement Agreement and Other Relief at 10:00 a.m. on February 20, 2015, before the Honorable Judge Anthony J. Trenga, United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia 22314.

Dated: January 26, 2015                        Respectfully submitted,


/s/ _____
Sarah E. Moffett (VA Bar No. 72208)
LECLAIRRYAN, A PROFESSIONAL CORPORATION
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Telephone: (703) 647-5930
Facsimile:  (703) 647-5980
Email:  sarah.moffett@leclairryan.com

- and –

Paula L. Wegman (*pro hac vice pending*)

Steven L. Boldt (*admitted pro hac vice*)
ADLER MURPHY & MCQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
Facsimile:  (312) 345-9860
Email: sboldt@amm-law.com
Email: pwegman@amm-law.com

***Attorneys for Frontier Airlines, Inc.***


## CERTIFICATE OF SERVICE

I hereby certify that, on January 26, 2015, I served the following via U.S. Mail, postage

prepaid, and via electronic case filing:

Charity Chidinma Emeronye Swift
Swift & Swift, Attorneys at Law, P.L.L.C.
21 Eisenhower Avenue
Suite 200
Alexandria, VA 22314


*/s/*_____

Sarah E. Moffett