**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| **Plaintiff,** | **Civil Action No. 1:14-CV-1139** |
| **v.** | **Hon. Judge Anthony J. Trenga** |
| | **Hon. Magistrate Judge Ivan D. Davis** |
| **FRONTIER AIRLINES, INC. (a Colorado corporation), and JANE DOE,** | |
| **Defendants.** | |

## ORDER

Upon consideration of the Plaintiff's Motion to Extend Time for Objecting to Defendant's Interrogatories and Requests for Production of Documents ("Motion") the accompanying Memorandum of Law, Defendant's Opposition thereto, and the entire record herein, it is hereby ORDERED that the Motion is DENIED, and Plaintiff is ordered to fully respond to the Defendant's Interrogatories and Requests for Production of Documents within fourteen (14) days.

Dated: February __, 2015

_____
United States Magistrate Court Judge