IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____
|
**CHARITY CHIDINMA** |
**EMERONYE SWIFT,** |
|
       **Plaintiff,**     |    Civil Action No. 1:14-cv-1139
|
       v.     |    Hon. Anthony J. Trenga
|    Hon. Magistrate Judge Ivan D. Davis
**FRONTIER AIRLINES, INC.** |
**(a Colorado corporation),** |
**and JANE DOE,** |
|
       **Defendants.**     |
_____|

### REBUTTAL BRIEF IN SUPPORT OF
### PLAINTIFF'S MOTION TO EXTEND TIME FOR OBJECTING TO
### DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

Plaintiff Charity Chidinma Emeronye Swift ("Mrs. Swift"), through her undersigned attorney, pursuant to Rule 26(C) of the Local Civil Rules, submits this rebuttal brief in response to Frontier Airlines, Inc.'s Opposition to her motion for an extension of time until January 20, 2015 for making objections to Defendant Frontier Airlines, Inc.'s First Set of Interrogatories to Plaintiff and Defendant Frontier Airlines, Inc.'s First Set of Requests for Production of Documents and Other Things to Plaintiff.

Local Civil Rule 26(C) provides that with regard to the fifteen days for objecting to interrogatories or requests for production, "The Court may allow a shorter or a longer time." It is appropriate for the Court to exercise its discretion to allow a longer time in this case, for two reasons:

1. Mrs. Swift was encouraged to delay making objections by the behavior of Frontier Airlines, Inc.'s counsel, and by the timing of service, which was on December 18, 2014, just one week before Christmas.  The date that objections were due on January 5, 2015 was the first Monday of the new year.  See the attached Declaration of Charity Chidinma Emeronye Swift.

2.  Some of the interrogatories ask for private information, such as Mrs. Swift's Social Security Number, Drivers License Number, age and residential address, that is not relevant and not likely to lead to the discovery of relevant information, without any protective order.

For the foregoing reasons, Mrs. Swift asks that the Court exercise its discretion to grant her an additional fifteen days for making objections to Defendant's aforementioned discovery requests, said additional days to end on January 20, 2015, when her responses and objections to Frontier Airlines interrogatories and requests for production where served.

Dated: February 3, 2015                          Respectfully submitted,

*/s/ Stephen Christopher Swift*
Stephen Christopher Swift
Virginia State Bar ID No. 38419
Swift & Swift, Attorneys at Law, P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia  22314-4688
Telephone: (703) 418-0000
Facsimile: (703) 535-8205
E-Mail: steve@swift.law.pro

*Attorney for Plaintiff*
*Charity Chidinma Emeronye Swift*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on February 3, 2015, I electronically filed the foregoing and attached documents with the Clerk of the Court, using the Court's CM/ECF system, which will automatically cause all counsel of record to be served therewith.

                                              */s/ Stephen Christopher Swift*
                                              Stephen Christopher Swift