IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| Plaintiff, | Civil Action No. 1:14-cv-1139 |
| v. | Hon. Anthony J. Trenga |
| | Hon. Magistrate Judge Ivan D. Davis |
| **FRONTIER AIRLINES, INC.** (a Colorado corporation), and **JANE DOE,** | |
| Defendants. | |

### [PROPOSED] ORDER

Upon consideration of the Defendant Frontier Airlines, Inc.'s ("Frontier Airlines") Motion to Enforce the Settlement Agreement and Other Relief, the Opposition of Plaintiff Charity Chidinma Emeronye Swift ("Mrs. Swift"), and the entire record herein, it is hereby

ORDERED that Frontier Airlines' Motion to Enforce the Settlement Agreement and Other Relief is DENIED in full; and it is further

ORDERED that Mrs. Swift's counsel will provide to the Court for approval an affidavit of their reasonable attorney's fees, costs, and expenses incurred opposing said motion, including appearing for oral argument, within ten (10) business days for approval.

Dated: _____, 2015

_____
Anthony J. Trenga
United States District Judge