IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT, | |
| Plaintiff, | Civil Action No. 1:14-cv-1139 |
| v. | Hon. District Judge Anthony J. Trenga |
|  | Hon. Magistrate Judge Ivan D. Davis |
| FRONTIER AIRLINES, INC. (a Colorado corporation), and JANE DOE, | |
| Defendants. | |

## NOTICE OF HEARING

Please take notice that Plaintiff Charity Chidinma Emeronye Swift ("Mrs. Swift") will bring for hearing Plaintiff's Motion to Extend Time for Objecting to Defendant's Interrogatories and Requests for Production at 10:00 a.m. on March 13, 2015, before the Honorable Magistrate Judge Ivan D. Davis, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314.

Dated: February 12, 2015                             Respectfully submitted,

                                                                                 */s/ Stephen Christopher Swift*
                                                                                 Stephen Christopher Swift
                                                                                 Virginia State Bar ID No. 38419
                                                                                 Swift & Swift, Attorneys at Law, P.L.L.C.
                                                                                 2121 Eisenhower Avenue, Suite 200
                                                                                 Alexandria, Virginia  22314-4688
                                                                                 Telephone: (703) 418-0000
                                                                                 Facsimile: (703) 535-8205
                                                                                 E-Mail: steve@swift.law.pro

                                                                                 *Attorney for Plaintiff*
                                                                                 *Charity Chidinma Emeronye Swift*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on February 12, 2015, I electronically filed the foregoing document with the Clerk of the Court, using the Court's CM/ECF system, which will automatically cause all counsel of record to be served therewith.

                                        */s/ Stephen Christopher Swift*
                                        Stephen Christopher Swift