# ** CIVIL MOTION MINUTES **

Date: **2/20/2015**　　　　　　　　　　　Judge: **Trenga**
　　　　　　　　　　　　　　　　　　　　Reporter: **R. Montgomery**
Time: **9:58 – 10:26**

Civil Action Number: **1:14-cv-01139**

**CHARITY CHIDINMA EMERONYE SWIFT**

vs.

**FRONTIER AIRLINES, INC. et al**

Appearances of Counsel for　　(**X**) Defendant　　　　(**X**) Plaintiff

Motion to/for:
Motion for Settlement Agreement to be Enforced and Other Relief [48] by deft.

Argued &
( ) Granted　　( ) Denied　　(**X**) Granted in part/Denied in part
( ) Taken Under Advisement　　( ) Continued to

This matter is GRANTED to the extent that this matter is dismissed as settled.  Otherwise the motion is denied.  The Court denies fees.

( ) Report and Recommendation to Follow
(**X**) Order to Follow

Pltf.:  Stephen Swift　　　　　　　　Deft.:  Paula LoMonaco
　　　　　　　　　　　　　　　　　　　　　　Sarah Moffett