IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHARITY CHIDINMA EMERONYE SWIFT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:14-cv-1139 (AJT/IDD) ) |
| FRONTIER AIRLINES, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

This matter is before the Court on Frontier Airlines, Inc.'s Motion to Enforce the Settlement Agreement and for Other Relief [Doc. No. 48] (the "Motion"). Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, the argument of counsel presented at the hearing held on February 20, 2015, and for the reasons stated in open court, it is hereby

ORDERED that Frontier Airlines, Inc.'s Motion to Enforce the Settlement Agreement and for Other Relief [Doc. No. 48] be, and the same hereby is, GRANTED in part and DENIED in part. The Motion is GRANTED to the extent that this matter is hereby DISMISSED as settled and it is otherwise DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 20, 2015