IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **CHARITY CHIDINMA EMERONYE SWIFT,** | |
| Plaintiff, | Civil Action No. 1:14-cv-1139 |
| v. | Hon. Anthony J. Trenga |
| | Hon. Magistrate Judge Ivan D. Davis |
| **FRONTIER AIRLINES, INC.** (a Colorado corporation), and **JANE DOE,** | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Charity Chidinma Emeronye Swift, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order dismissing this case as settled, entered in this action on the twentieth day of February, 2015.

Dated: March 5, 2015                    Respectfully submitted,

<div style="margin-left:3em">

*/s/ Stephen Christopher Swift*
Stephen Christopher Swift
Virginia State Bar ID No. 38419
Swift & Swift, Attorneys at Law, P.L.L.C.
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia  22314-4688
Telephone: (703) 418-0000
Facsimile: (703) 535-8205
E-Mail: steve@swift.law.pro

*Attorney for Plaintiff*
*Charity Chidinma Emeronye Swift*

</div>

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on March 5, 2015, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court, using the Court's CM/ECF system, which will automatically cause all counsel of record to be served therewith.

                                      */s/ Stephen Christopher Swift*
                                      Stephen Christopher Swift